RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

DEC 27 2023

FILED _____
DOCKETED _____
DATE    INITIAL

United Bankruptcy Court
Western District of Appeals

In Re
Brenda M. Johnson

Case(s) 23-1190, 23-1195, 23-1199, and Reconsideration Order coming objection

X Request Courtesy Notification of Electronic Filing of all documents filed in the above cases.

X Request Permission to File documents/pleadings and Evidence on the above case(s) of 23-1190, 23-1195, and 23-1199 of CM/ECF / or other system to File

12/22/2023

Brenda M. Johnson