# UNITED STATES BANKRUPTCY COURT
## of Appeals BAP

(name of district)

In re: Brenda M Johnson

Brenda M Johnson
Debtors name

Brenda M Johnson
Appellant's Name

v. State of Washington, Amazon, Albertsons, Emerald Queen Casino, Travelers, Equifax et., al
Appellee's Name

23-1199 23-1195, 23-1190

Bk. Number: 15-41795-BDL

Adv. Number: 23-04031-bdl

Chapter 7

BAP Number: 03-40644-BDL

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

DEC 27 2023

FILED
DOCKETED
DATE
INITIAL

## STATEMENT OF ISSUES ON APPEAL OF
Brenda M Johnson
(Your name)

I think the bankruptcy court was wrong when it:   Dkt 1 to dkt 166

Gave orders November 8, 2023, And December 13, 2023 without my consent making the judge liable for damages in a untimely matter from Defendants who did not answer summons and complaint. The Judge had became a party to the case by continuing the proceedings. An appeal was entered and the judge continued the proceedings without my permission being that Brenda M Johnson notified all parties a entry of default judgement against defendants was supposed to be granted out of 56 Defendants. The incompetence caused delay, obstruction of justice, and injuries obtained from personal attacks with housing money taking from back card with an automatic Stay in place. Continue... attached reply and Objection filed 12/15/2023 12 pages

8

CERTIFICATE OF SERVICE:

I certify that a copy of this statement of issues on appeal was served,

check one:  __X__   or   _____   on the persons listed below:
            in person      by mail

Name                Address                         Date Served

Clerk 1717 Pacific Ave Tacoma WA

Sign your name: _Brenda M. Johnson_____

Print your name: Brenda M Johnson

# UNITED STATES BANKRUPTCY COURT

Of Appeals. BAP
(name of district)

In re:

Brenda M Johnson
Debtors name

Bk. Number: 23-1199, 23-1195, 23-1190
03-40644-BDL, 15-41795-BL

Brenda M Johnson
Appellant's Name

Adv. Number: 23-04031-bdl

Chapter 7

v. Albertsons companies, Amazon, EQUIFAX, Emerald Queen Casino, State of Washington, et., al

BAP Number: 23-1199

Appellee's Name

## DESIGNATION OR RECORD ON APPEAL OF
Brenda M Johnson
(Your name)

List the documents the bankruptcy court used when it decided the case:

Non-core known          No one was sworn in

10

# UNITED STATES BANKRUPTCY COURT

_____
(name of district)

In re:  **Brenda M Johnson**

_____     Bk. Number: 15-41795-BDL
Debtors name

**Brenda M Johnson**     Adv. Number: 23-04031-bdl
Appellant's Name

Chapter 7

v. Albertson companies, Travels, Amazon, Equifax, Emerald Queen Casino, State of Washington et. al.
_____     BAP Number: 03-40644-BDL

Appellee's Name

## STATEMENT OF TRANSCRIPTS
_Brenda M Johnson_
(Your name)

1. Check one:
   No, I do not intend to designate a transcript: _____

   Yes, I intend to designate a transcript:     X

2. If you answered yes to #1, list the dates and times of the hearings for which you want a transcript:

   November 8, 2023 at 9:00 am, and. December 16, 2023 at 9:00 am

3. Contact the bankruptcy court for instructions on how to order and pay for your transcripts.

12