RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

DEC 27 2023

FILED _____
DOCKETED _____
DATE   INITIAL

Official Form 3B

## Instructions for the Application to Have the Chapter 7 Filing Fee Waived

United States Bankruptcy Court                                         6/01/2014

### How to Fill Out the Application

The fee for filing a bankruptcy case under Chapter 7 is $335. If you cannot afford to pay the entire fee now in full or in installments within 120 days, use this form. If you can afford to pay your filing fee in installments, see *Application for Individuals to Pay the Filing Fee in Installments* (Official Form 3A).

If you file this form, you are asking the court to waive your fee. After reviewing your application, the court may waive your fee, set a hearing for further investigation, or require you to pay the fee in installments or in full.

**For your fee to be waived, all of these statements must be true:**

- You are filing for bankruptcy under Chapter 7.

- You are an individual.

- The total combined monthly income for your family is less than 150% of the official poverty guideline last published by the U.S. Department of Health and Human Services (DHHS). (For more information about the guidelines, go to http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/PovertyGuidelines.aspx.)

- You cannot afford to pay the fee in installments.

  *Your family* includes you, your spouse, and any dependents listed on *Schedule J*. Your family may be different from your *household*, referenced on *Schedules I* and *J*. Your household may include your unmarried partner and others who live with you and with whom you share income and expenses.

If a bankruptcy petition preparer helped you complete this form, make sure that person fills out *Declaration and Signature of Non-Attorney Bankruptcy Petition Preparer* (Official Form 19); include a copy of it in this package.

If you have already completed the following forms, the information on them may help you when you fill out this application:

- *Schedule A: Real Property* (Official Form 6A)
- *Schedule I: Your Income* (Official Form 6I)
- *Schedule J: Your Expenses* (Official Form J)

### Understand the terms used in this form

The *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 3B) uses *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, this form uses *you* to ask for information from both debtors. For example, if the form asks, "Do you own a car?" the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

### Things to remember when filling out this form

- Be as complete and accurate as possible.

- If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them on line 5 of the form.

- If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

- If two married people are filing together, both are equally responsible for supplying correct information.

Do not file these instructions with your bankruptcy filing package. Keep them for your records.

**Fill in this information to identify your case:**

Debtor 1 _____  _____  _____
         First Name          Middle Name        Last Name

Debtor 2 _____  _____  _____
(Spouse, if filing) First Name  Middle Name   Last Name

United States Bankruptcy Court for the: _____ District of _____
                                                                  (State)

Case number _____
(If known)

23- 1199, 23-1190, 23-1195

☑ Check if this is an amended filing

Official Form B 3B

# Application to Have the Chapter 7 Filing Fee Waived      12/14

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

23-04031-bdl adverse Adversary Proceeding, 03-40644-BDL  15-41795-BDL  Chapter 7

**Part 1: Tell the Court About Your Family and Your Family's Income**

1. **What is the size of your family?**
   Your family includes you, your spouse, and any dependents listed on Schedule J: Current Expenditures of Individual Debtor(s) (Official Form 6J).

   Check all that apply:
   ☑ You
   ☐ Your spouse
   ☐ Your dependents   0   How many dependents?    1  Total number of people

2. **Fill in your family's average monthly income.**

   Include your spouse's income if your spouse is living with you, even if your spouse is not filing.

   Do not include your spouse's income if you are separated and your spouse is not filing with you.

   Add your income and your spouse's income. Include the value (if known) of any non-cash governmental assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

   If you have already filled out Schedule I: Your Income, see line 10 of that schedule.

   That person's average monthly net income (take-home pay)

   You .............. $ 291.00
   Your spouse ... + $ N/a
   Subtotal......... $ 291.00

   Subtract any non-cash governmental assistance that you included above.     — $ 0

   Your family's average monthly net income     Total........ $ 0

3. **Do you receive non-cash governmental assistance?**
   ☐ No
   ☑ Yes. Describe.........  Type of assistance: Food Stamps

4. **Do you expect your family's average monthly net income to increase or decrease by more than 10% during the next 6 months?**
   ☐ No
   ☑ Yes. Explain............ Entry of default judgement, Motion N Motion, reopen, waiver for fees, reply and objection

5. **Tell the court why you are unable to pay the filing fee in installments within 120 days.** If you have some additional circumstances that cause you to not be able to pay your filing fee in installments, explain them.

   Hardship and redness from not receiving property to substain Life which places me below provety.

Official Form B 3B     Application to Have the Chapter 7 Filing Fee Waived     page 1

Debtor 1  **Brenda Marie Johnson**
          First Name  Middle Name  Last Name

Case number (if known) __23-1199__

## Part 2: Tell the Court About Your Monthly Expenses

6. Estimate your average monthly expenses.
   Include amounts paid by any government assistance that you reported on line 2.
   $ 3,000.00

   If you have already filled out Schedule J, Your Expenses, copy line 22 from that form.

7. Do these expenses cover anyone who is not included in your family as reported in line 1?
   ☑ No
   ☐ Yes. Identify who ........

8. Does anyone other than you regularly pay any of these expenses?
   ☑ No
   ☐ Yes. How much do you regularly receive as contributions? $_____ monthly

   If you have already filled out Schedule I: Your Income, copy the total from line 11.

9. Do you expect your average monthly expenses to increase or decrease by more than 10% during the next 6 months?
   ☑ No
   ☐ Yes. Explain .............

## Part 3: Tell the Court About Your Property

If you have already filled out Schedule A: Real Property (Official Form B 6A) and Schedule B: Personal Property (Official Form B 6B), attach copies to this application and go to Part 4.

10. How much cash do you have?
    Examples: Money you have in your wallet, in your home, and on hand when you file this application
    Cash:  $ Zero

11. Bank accounts and other deposits of money?
    Examples: Checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, and other similar institutions. If you have more than one account with the same institution, list each. Do not include 401(k) and IRA accounts.

    | | Institution name: | Amount: |
    |---|---|---|
    | Checking account: | N/A | $ |
    | Savings account: | | $ |
    | Other financial accounts: | | $ |
    | Other financial accounts: | | $ |

12. Your home? (if you own it outright or are purchasing it)
    Examples: House, condominium, manufactured home, or mobile home
    N/A
    Number  Street
    City    State  ZIP Code
    Current value: $
    Amount you owe on mortgage and liens: $

13. Other real estate?
    N/A
    Number  Street
    City    State  ZIP Code
    Current value: $
    Amount you owe on mortgage and liens: $

14. The vehicles you own?
    Examples: Cars, vans, trucks, sports utility vehicles, motorcycles, tractors, boats
    Make: N/A
    Model:
    Year:
    Mileage:
    Current value: $
    Amount you owe on liens: $

    Make:
    Model:
    Year:
    Mileage:
    Current value: $
    Amount you owe on liens: $

Debtor 1 __Brenda Marie Johnson__  
        First Name    Middle Name    Last Name

Case number *(if known)* _____

**15. Other assets?**  
Do not include household items and clothing.  
Describe the other assets: **Liens on default judgement**  
Current value: $_____  
Amount you owe on liens: $_____

**16. Money or property due you?**  
*Examples*: Tax refunds, past due or lump sum alimony, spousal support, child support, maintenance, divorce or property settlements, Social Security benefits, Workers' compensation, personal injury recovery

Who owes you the money or property?  
Maintenance, past due support — $15,000,000.  
Workers Compensation, personal injury — $15,000,000.

Do you believe you will likely receive payment in the next 180 days?  
☒ No  
☐ Yes. Explain: It depends on enforcement by the courts.

## Part 4: Answer These Additional Questions

**17.** Have you paid anyone for services for this case, including filling out this application, the bankruptcy filing package, or the schedules?  
☒ No  
☐ Yes. Whom did you pay? *Check all that apply:*  
  ☐ An attorney  
  ☐ A bankruptcy petition preparer, paralegal, or typing service  
  ☐ Someone else _____  
How much did you pay? $_____

**18.** Have you promised to pay or do you expect to pay someone for services for your bankruptcy case?  
☒ No  
☐ Yes. Whom do you expect to pay? *Check all that apply:*  
  ☐ An attorney  
  ☐ A bankruptcy petition preparer, paralegal, or typing service  
  ☐ Someone else _____  
How much do you expect to pay? $_____

**19.** Has anyone paid someone on your behalf for services for this case?  
☒ No  
☐ Yes. Who was paid on your behalf? *Check all that apply:*  
  ☐ An attorney  
  ☐ A bankruptcy petition preparer, paralegal, or typing service  
  ☒ Someone else _____  

Who paid? *Check all that apply:*  
  ☐ Parent  
  ☐ Brother or sister  
  ☐ Friend  
  ☐ Pastor or clergy  
  ☐ Someone else _____  
How much did someone else pay? $_____

**20.** Have you filed for bankruptcy within the last 8 years?  
☐ No  
☒ Yes. District **Western** When **April 17, 2015** Case number **15-41795-BDL**  
Other cases 1190, 1195   District _____ When _____ Case number _____  
Dkt 163 to dkt 165 orders District _____ When _____ Case number _____

## Part 5: Sign Below

By signing here under penalty of perjury, I declare that I cannot afford to pay the filing fee either in full or in installments. I also declare that the information I provided in this application is true and correct.

✗ *Brenda M. Johnson*  
Signature of Debtor 1  
Date **12/15/2023**

✗ _____  
Signature of Debtor 2  
Date _____