R E C E I V E D
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

DEC 27 2023

FILED_____
DOCKETED_____
          DATE      INITIAL

1, Informal Brief off brenda
2, Application of Fee Waiver 3pgs
3, Reconsideration 6pgs
4, Case Bankruptcy 03-40644 pg1 Granted
5, Case 15-41795-BDL pg4 Granted
6, Permission to File CMF/ECF/all system
   used by court pg1

The Richard H. Chambers

U.S. Court of
Appeals Building
125 South Grand Ave
Pasadena, CA 91105

Brenda M. Johnson

# INFORMATION FOR PRO SE PARTIES WITH BAP APPEALS

**What is a BAP appeal?**

A BAP appeal is the process where three BAP judges determine whether or not the bankruptcy court decided something correctly.

The BAP judges are bankruptcy judges who understand bankruptcy law. They can only decide whether the bankruptcy court decided something correctly. They cannot do something for you that you did not ask the bankruptcy court to do.

**What happens in a BAP appeal?**

In a BAP appeal, the parties gather and submit information to the BAP which allows the BAP to decide if the bankruptcy court decision was correct or not. There are several steps. Some steps take place at the bankruptcy court and other steps take place at the BAP.

**Steps in a BAP appeal:**

1.  First you must file a notice of appeal at the bankruptcy court. If you have a BAP case number, you already did this. *23-1190, 23-1195, 23-1199*

2.  *DKT 1 to DKT 176* You must pay the filing fee of $298 at the bankruptcy court. *Fee Waiver Request*

3.  Next you tell the BAP what you do not agree with in the bankruptcy court decision. This is called a Statement of Issues on Appeal. It can be simple. For example, you can write down the following sentence and fill in the blank:

    I think the bankruptcy court was wrong when it *Made DKds FRcp 41(b) Plaintiff followed all Rules, which is an ERROR. Def Didn't answer Summons Comp and a Def Judgment should of been given. No Swearing of hearings for Parties*.
    A sample form is available for you to use. (See pages 8-9.) Fill out the form. File it at the bankruptcy court.

4.  You also tell the BAP what things the bankruptcy court considered when it reached its decision. This is called the Designation of Record. It is a list of

the documents the bankruptcy court used when it decided the case. This is a list of the documents filed at the bankruptcy court (a motion or adversary complaint and all other documents relating to it such as responses, replies, and answers). It should also include exhibits presented at trial (the documents the judge looked at when he/she decided the case). It should also list any transcripts. A transcript is a written version of everything that was said in court.

A sample form is available. (See pages 10-11.) File it at the bankruptcy court.

Alternatively, print a copy of the bankruptcy court docket, circle the numbers of the documents used by the bankruptcy court, write "Designation of Record" at the top, sign the document, and file it as your Designation of Record.

5.   If there was a hearing at the bankruptcy court, it was recorded. A transcript is a written version of everything that was said at the bankruptcy court about the decision you are appealing. If you want the BAP to know what was said at the bankruptcy court hearing or trial, you must order the transcript. You must do this at the bankruptcy court.

Let us know if you will be ordering a transcript. A sample form is available. (See pages 12-13.) File it at the bankruptcy court.

This form is not enough to get the transcript. Please contact the bankruptcy court for instructions on ordering the transcript.

6.   Next please tell us why you think the bankruptcy court was wrong. This document is called your brief. Because you are acting without the help of an attorney, you may use the BAP's simple form to tell us about your case and why the bankruptcy court was wrong. (See pages 4-7.) Fill out the form and file it with the BAP. Attach extra pages if necessary, but not more than 30 pages total.

If you are the appellant – the one who filed the notice of appeal and who thinks the bankruptcy court was wrong – you file your brief first. We will tell you in a briefing order when to file your brief. If you are the appellee –

the one who did not file the notice of appeal – you file your brief second, 21 days after the appellant files his/her brief.

7.  After all briefs are filed, 3 BAP judges will decide your case. The case may be set for oral argument or may be decided by the judges based on the paperwork. Oral argument is a hearing before 3 BAP judges where you tell the judges why you agree with or disagree with the bankruptcy court. You will be asked if you would like to have argument. When asked, please let us know if you would like to argue. With or without oral argument, the BAP judges will read the paperwork and decide the case.

8.  After the BAP judges have decided your case, the BAP will send you the decision.

United States Bankruptcy Court of Western Washington

In Re Brenda M Johnson             15-41795-bdl

Brenda M Johnson             adv actions   23-04031-bdl Chapter 7

Vs.             Reconsideration of claim Contempt of Adversary Actions

            Noting Date 12/19/2023

Unemployment Administration

  et.,al.

Reconsideration of claim Contempt of Adversary Actions

Jurisdiction 28 USC 158(d)(2)(A)(1)

The complaint in this action was filed by the Plaintiff on September 1, 2023 . Dkt 1, Dkt 2 Dkt 3 . On September 11, 2023 dkt 6 , and November 17, 2023 additional Defendants were added to the Complaint. Dkt 6.     Bankruptcy Rule 3008 provides that "A party in interest may move for reconsideration of an order allowing or disallowing a claim against the estate. Order (s) dkt 163 to Dkt 167

Violating 11 USC 524 in an adversary proceeding Action in which a stay was presented by Terry Lee Rembert, Pierce County, and Tacoma Police in 2003 after a chapter 7 was converted from a Chapter 13.

Due to Terry Lee Rembert attack's , Ms Johnson was placed in harms way when payment for child support and maintenance was not paid along with the quick claim deed not given to the custodian parent called Debtor in case 03-40644-PHB and stated by counsel John Mills in his pleadings over $25,000.00 was old to Ms. Johnson which didn't include Maintenance from the order from the divorce.

Reconsideration of claim       1 of 6.      Brenda M Johnson

23-04031-bdl

The damages involved a car wreck in 2003 lost of financial support which included wages, and her children. Secondly, the Defendant didn't follow the Automatic Stay nor his employer which went on the property 20610 1st Ave East Spanaway WA 98387 . The Children and I have suffered sustainable harm by non-compliance of the law of the State of Washington. The negligence was wilful actions and adverse effects by the police which assisted in the crime. Ms. Johnson was under doctors care on10/16/2003 auto accident Dr. Sherwood office

Sherwood Family Chiropractic, PS

16810 108th Ave SE

Renton WA 98055

sherwoodspinalcare.com

An automatic stay stops creditors from trying to collect debts from a debtor who has filed for bankruptcy until court proceedings are completed. Creditors, collection agencies, and others who violate the automatic stay can be sued by the debtor.

On March 23, 2019 an accident occurred in which Brenda M Johnson was transported by Fife Police Department to Tribal Police Department to Tacoma General Hospital not the ambulance from the accident which involved Tribal Van. The Defendant paid the hospital Bill without personal injury which included lost of wages and pain and suffering The insurance company brought up my ex-husband child support for not paying the insurance claim making them party of the lawsuit in 2020 in a request for an Injunction.. case 3:19-cv-05316-bdl Note 15-41795-bdl The order to collect broke the law upon the discharge of the bankruptcy chapter 7 under 11 USC 362(1) (7)the setoff of any debt owing to the debtor that arose before the commencement of the case under this title against any claim against the debtor Brenda M Johnson. The Pro-Temp Brian McCoy stated this fact in his letter to Mr. Johnson Mills on September 29, 2023 which is apart of the record.

The Defendants continuation to violate the law in employment under 11 USC 362 (a) (1)(2)(3(4)(5)(6)(7) applies to all entities such as Electronic Transaction Consultants Corporation, Amazon, Shimmirick, Albertsons companies, Division of Child Support,

Reconsideration of claim                2. of 6.          Brenda M Johnson

23-04031-bdl

Equifax, Emerald Queen Casino, Travelers, Westside Estates, WSDOT. Office of Administration Hearing, Tacoma Police Department, King County Administration by attacking Ms. Johnson estate in personal assets such as illegal garnishment, bank accounts, and personal property diminishing freedom and prosperity under 42 U.S. Code § 1983 - Civil action for deprivation of rights

The proceeding 03-40644-PHB was stopped on 08/07/2003 dkt 27

Error Harry Lee Rembert 48432822 s/b Terry Lee Rembert filed in Pierce County Superior Court before Transfer to U.S. District Court of Western Washington, City of Tacoma 48432818, The Bank Corp also known as United States Bank of Washington 48432829

Second proceeding 15-41795-bdl dkt20 on 07/31/2015 violations :

King County Superior Court 955453743

DSHS-DCS 955453745

Employment Security 955453762

Background

The Defendants Electronic Transaction Consultants, WSDOT, Office of Administration Hearing , Amazon, had violated equal employment act under :

Equal Employment Opportunity Act of 1972

The Equal Employment Opportunity Act of 1972 is a United States federal law which amended Title VII of the Civil Rights Act of 1964 to address employment discrimination against African Americans and other minorities.

Enacted by: the 92nd United States Congress

Long title: An act to further promote equal employment opportunities for American workers

Public law: Pub. L. 92–261

U.S.C. sections amended: 42 U.S.C. §§ 2000e–2000e-8; 5 U.S.C. § 5108,

fair housing Act,

Reconsideration of claim          3. of 6.          Brenda M Johnson

23-04031-bdl

The 1968 Act expanded on previous acts and prohibited discrimination concerning the sale, rental, and financing of housing based on race, religion, national origin, sex, (and as amended) handicap and family status. Title VIII of the Act is also known as the Fair Housing Act (of 1968).

Terry Lee Rembert former Pierce County Correction officer, United States, King County Administration, DCS, unemployment Administration, Westside Estates, Tacoma Rescue Mission, Temu, Dollar Tree,

Equal Credit Opportunity Act

The Equal Credit Opportunity Act is a United States law, enacted 28 October 1974, that makes it unlawful for any creditor to discriminate against any applicant, with respect to any aspect of a credit.

Facts:

 Stating Ms Johnson is a lawyer is fraudulent by false reporting to gain a defense by Defendants. The Plaintiff Brenda Johnson is Pro-se and does not have a bar number. The Defendant stated It on record " Brenda Johnson doesn't have a lawyer which indicates that the Judge was aware Ms. Johnson had appeared Pro-se but still placed a wrong label called Lawyer on Plaintiff / Appellant. The common practice is for the attorney to present bar number address , email on pleadings and who they represent. The definition of an attorneys is The ABA uses these terms interchangeably to refer to a person who can practice law. The American Bar Association states on their website that "A lawyer (also called attorney, counsel, or counselor) is a licensed professional who advises and represents others in legal matters."

Rule 5.5

Law Firms And Associations

- (a) A lawyer shall not practice law in a jurisdiction in violation of the regulation of the legal profession in that jurisdiction, or assist another in doing so.


- (b) A lawyer who is not admitted to practice in this jurisdiction shall not:



Reconsideration of claim          4. of 6.          Brenda M Johnson

23-04031-bdl

(1) Except as authorized by these Rules or other law, establish an office or other systematic and continuous presence in this jurisdiction for the practice of law; or

(2) Hold out to the public or otherwise represent that the lawyer is admitted to practice law in this jurisdiction.

Electronic Transaction Consultants Corporation sent a letter and placed it in my locker stating I was a Lawyer. This was false. I am Pro-se and worked with the Judiciary administration branch in Seattle WA of Office of Administration Hearing with WSDOT.  The Department of Labor Secretary stated as a witness Brenda M Johnson is an employee under the definition of the law. It was no objections by anyone but back wages were never paid and injuries obtained by known payment of last check causing lost of her apartment and financial ruin by the impact to file Bankruptcy Chrapter 7 discharge in April 2015. The Defendants called Catholic Community Services, Pioneer Human Services Tacoma Rescue Mission took rights away from Johnson such as false Imprisonment caused personal injury and endangerment by it's administration with unlawful searches, physical abuse and injuries, injuries obtained on property, theft of property from employees, and peonage known payment for work performed.

Defined

Peonage, also called debt slavery or debt servitude, is a system where an employer compels a worker to pay off a debt with work. Legally, peonage was outlawed by Congress in 1867.

Defined

To imprison means to confine or physically restrict one's personal liberty, usually in a jail or prison. As a penalty of violating a criminal law, .

The indication Ms Brenda Johnson has a partnership with the Defendants beside being a former employee under protective activity clause  6 USC 1142 and 6 USC 1131 would illustrate the

difference between payment of wages and known payment of wages allowed by the parties denial pay, fair credit,  and housing.   Is called discrimination  African American Women over 55 years of age by the taking of property wrongfully without consequences and enforcement of State, and Federal laws , regulations and non compliance causing harm to a American Citizen.

Reconsideration of claim          5. of 6.       Brenda M Johnson

23-04031-bdl

RCW 9A.84.040 False reporting.

Relief should be granted because there are no objections to the allegations of the Petition truthfulness by answering the Summons and Complaint filed on September 1, 2023 in which there is no issues

Reconsideration under Rule 59(e) is appropriate where: (1) the district court is presented with newly discovered evidence or committed clear error; (2) the initial decision was manifestly unjust; or (3) there is an intervening change in controlling law.

It's approximately 57 defendants and only 7 have appeared while the Appeal on the decision of issues presented partial Judgement against the defendants not present should be granted.

A judgment should give the relief to which a party is entitled, regardless of whether it is legal or equitable or both. FRBP 7054

The order show these pleadings are noncore by lack of findings and conclusion of law with evidence supporting documents. Orders dkt 163, dkt 164, dkt 165, dkt 166 and Dkt 167 , dkt 168

Therefore, Ms. Johnson concludes the conflict of interest by the administration conduction of these proceedings is unlawful and unethical  if there were any issues a Jury would have to decide in a Court of law and relief is being sought in the amount of $199,000,000,000,000. Ms. Brenda M Johnson Pro-se does not consent to entry of final orders or judgment by the bankruptcy court.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on 12/19/2023

(Signature)

/s/ Brenda M Johnson

425 South Tacoma Way

Tacoma Washington 98402

253-650-0498

brendajtacoma@aol.com

Reconsideration of claim                    6. of 6.        Brenda M Johnson

23-04031-bdl

**BAE SYSTEMS**

Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0981-3          User: janicew          Page 1 of 1                Date Rcvd: Aug 05, 2003
Case: 03-40644               Form ID: b18           Total Served: 32
```

```
The following entities were served by first class mail on Aug 07, 2003.
db          Brenda Johnson,   20610 1st Ave E,   Spanaway, WA 98387
aty         Scott Leslie Taylor,   1401 S Union Ave,   Tacoma, WA 98405
tr          Brian Budsberg,   PO Box 187,   Olympia, WA 98507
ust         US Trustee,   1200 6th Ave #600,   Seattle, WA 98101
sr          AmeriCredit,   c/o Alice Whitten,   4000 Embarcadero,   Arlington, TX 76014
48432814    AMG Financial,   425 4th,   Seattle, WA 98101
48432816    AT&T Broadband,   Box 5187,   Everett, WA 98206
48239763    AmeriCredit,   PO Box 183853,   Arlington, TX 76096
48432812    American Property Mangement,   9160 Red Branch Rd. #E-6,   Columbia, MD 21045
48432813    Americredit,   Box 183853,   Arlington, TX 76096
48432815    Associated Credit Services,   120 N Wall #350,   Spokane, WA 99201
48282987    CITY OF TACOMA,   DEPT OF PUBLIC UTILITIES,   PO BOX 11007,   TACOMA WA 98411-0007
48432817    Chase Manhattan Mortgage,   Box 4143,   Bellevue, WA,   98009-4143
48178848    Chase Manhattan Mortgage Corporation,   PO Box 4143,   Bellevue, WA 98009-4143
48432818    City of Tacoma,   Box 11007,   Tacoma, WA 98411-0007
48432819    Dr. David Brown,   11803 101st Ave. Ct E,   Puyallup, WA 98273
48432820    Galeta National Bank,   445 Pine Ave.,   Galeta, CA 93117
48432821    +Genesys Credit Management,   Box 3570,   Everette, WA 98213-8570
48432822    Harry Lee Rembert,   616 S, 46th #2,   Tacoma, WA 98418
48432823    Household Tax Masters,   Box 17037,   Baltimaore, MD. 21297
48432824    James Vaughn,   c/o JK Harris Financial,   4995 Lacross Rd. #1115,   Charleston, SC 29406
48432825    Providian Bank,   Box 9176,   Pleasanton, CA 94566,   19101-8547
48432826    Puget Sound Collections,   Box 66995,   Tacoma, WA 98464
48432827    Puget Sound Energy,   Box 90868,   Bellevue, WA 98009-0868
48247356    Puget Sound Energy,   PO Box 90868,   Closed Accts Dept BOT-01G,   Bellevue, WA 98009-0868
48290980    QWest,   Bankruptcy Desk-Res,   PO Box 5508,   Bismarck ND 58506-5508
48432828    Qwest,   Box 5508,   Bismark, ND,   58506-5508
48432829    US Bank,   Box 4412,   Portland, OR,   97208-4412
48432830    Valentine & Kebartas Inc,   Box 325,   Lawrence, MA 01842
48432831    Veterans Administration,   c/o Bell & Ingam PS,   Box 1769,   Everett, WA 98206
48432832    +Voice Stream,   Box 742596,   Cincinnati, OH,   45274-2596
```

```
The following entities were served by electronic transmission on Aug 06, 2003 and receipt of the transmission
was confirmed on:
48257811    EDI: IRS.COM Aug 06 2003 01:09:00     Department of Treasury,   Internal Revenue Service,
            915 2nd Avenue Stop W244,   Seattle WA 98174
                                                                                            TOTAL: 1
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: Aug 07, 2003                     Signature:   *Joseph Speetjens*

United States Bankruptcy Court
Western District of Washington

In re:                                                                                  Case No. 15-41795-BDL
Brenda Marie Johnson                                                                    Chapter 7
      Debtor     **CERTIFICATE OF NOTICE**

District/off: 0981-3      User: admin      Page 1 of 2      Date Rcvd: Jul 29, 2015
                    Form ID: b18      Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 31, 2015.
```
db             +Brenda Marie Johnson,   1521 6th Ave,   Tacoma, WA 98405-3307
955453747      +ACCOUNT RESOLUTION SERVI,   1643 HARRISON PKWYSUITE 100,   SUNRISE, FL 33323-2857
955453759      +ACECASHEXPRESS.COM,   1231 Greenway Drive, Suite 600,   Irving, TX 75038-2511
955453758      +CHASE BANK,   359 Strander Blvd,   Tukwila, WA 98188-2916
955453765      +COMCAST,   5935 6th Ave,   Tacoma, WA 98406-2015
955453748      +COMMONWEALTH FINANCE,   245 MAIN ST,   SCRANTON, PA 18519-1641
955453745       DSHS-DCS,   PO BOX 11520,   TACOMA, WA 98411-5520
955453762      +EMPLOYMENT SECURITY DEPARTMENT,   P.O. Box 9046,   Olympia, WA 98507-9046
955453749      +ENHANCED RECOVERY COMPANY,   PO Box 57547,   JACKSONVILLE, FL 32241-7547
955453750      +EOS CCA,   PO BOX 981008,   BOSTON, MA 02298-1008
955453766       GEICO REMITTANCE CENTER,   One GEICO Plaza,   Bethesda, MD 20811-0001
955453743      +KING SUPERIOR COURT,   1210 S CENTRAL,   KENT, WA 98032-7426
955453764      +LAKEVIEW LIGHT AND POWER,   11509 Bridgeport Way S.W.,   Lakewood, WA 98499-3041
955453760      +MONEY TREE,   2528 S 38th St E,   Tacoma, WA 98409-7348
955453767      +PETER R. ATKINS, D.C,   2621 70th Ave. W.,   University Place, WA 98466-5435
955453761      +PIERCE COUNTY TICKET,   930 Tacoma Ave,   Tacoma, WA 98402-2177
955453744      +PIERCE SUPR CRT-TACOMA,   930 TACOMA AVE. S.,   TACOMA, WA 98402-2105
955453754       PUGET SOUND COLLECT,   PO BOX 66995,   TACOMA, WA 98464-6995
955539440       Puget Sound Collections,   PO Box 66995,   Tacoma, WA 98464-6995
955453763      +TACOMA PUBLIC UTILITIES,   ADMINISTRATION BUILDING,   3628 South 35th Street,
                 Tacoma, WA 98409-3115
955453755      +VIRTUOSO SOURCING GROUP,   4500 CHERRY CREEK S DR SUITE 300,   DENVER, CO 80246-1531

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +EDI: QTJDONAHUE.COM Jul 30 2015 00:43:00     Terrence J. Donahue,   1201 Pacific Ave #1200,
                 Tacoma, WA 98402-4395
smg             EDI: WADEPREV.COM Jul 30 2015 00:44:00     State of Washington,   Department of Revenue,
                 2101 4th Ave, Ste 1400,   Seattle, WA  98121-2300
955453757      +EDI: DCI.COM Jul 30 2015 00:44:00     DIVERSIFIED CONSULTANTS,   10550 DERWOOD PK B,
                 SUITE #309,   JACKSONVILLE, FL 32256-2805
955453757      +E-mail/Text: bankruptcynotices@dcicollect.com Jul 30 2015 00:45:18     DIVERSIFIED CONSULTANTS,
                 10550 DERWOOD PK B,   SUITE #309,   JACKSONVILLE, FL 32256-2805
955453756      +E-mail/Text: bankruptcy@ersinc.com Jul 30 2015 00:45:13     ENTERPRISE REC SYS,   2000 YORK RD,
                 STE 114,   OAK BROOK IL 60523-8863
955453751      +E-mail/Text: mmrgbk@miramedrg.com Jul 30 2015 00:44:50     MIRAMED REVENUE GROUP,
                 991 OAK CREEK DR,   LOMBARD, IL 60148-6408
955453753      +E-mail/Text: bkpr@pnwcinc.com Jul 30 2015 00:44:36     PACIFIC NORTHWEST COLL,
                 819 PACIFIC AVE,   TACOMA, WA 98402-5299
955536835      +E-mail/Text: bkpr@pnwcinc.com Jul 30 2015 00:44:36     Pacific Northwest Collections,
                 819 Pacific Ave,   Tacoma, WA 98402-5299
955453746      +E-mail/Text: bankruptcy@carhop.com Jul 30 2015 00:45:10     UNIVERSAL ACCEPTANCE,
                 10801 RED CIRCLE DR,   MINNETONKA. MN 55343-9135
                                                                                          TOTAL: 9

      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
955453752*     +MIRAMED REVENUE GROUP,   991 OAK CREEK DR,   LOMBARD, IL 60148-6408
955552755*      Peter R. Atkins, D.C.,   2621 70th Ave. W.,   University Place, WA 98466-5435
                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2015                 Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0981-3          User: admin              Page 2 of 2              Date Rcvd: Jul 29, 2015
                              Form ID: b18              Total Noticed: 29

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 29, 2015 at the address(es) listed below:
          Terrence J. Donahue    tjdbankruptcy@eisenhowerlaw.com,
            WA19@ecfcbis.com;tjdonahue@ecf.epiqsystems.com
          United States Trustee   USTPRegion18.SE.ECF@usdoj.gov
                                                              TOTAL: 2

B18 (Official Form 18) (12/07)

# United States Bankruptcy Court
Western District of Washington
1717 Pacific Avenue
Suite 2100
Tacoma, WA 98402
Case No. <u>15–41795–BDL</u>
Chapter 7

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brenda Marie Johnson
aka Brenda Marie Rembert
1521 6th Ave
Tacoma, WA 98405

Social Security/Individual Taxpayer ID No.:
xxx–xx–1974

Employer Tax ID/Other nos.:

## DISCHARGE OF DEBTOR

The Debtor(s) filed a Chapter 7 case on <u>**April 17, 2015.**</u> It appearing that the Debtor is entitled to a discharge,

**IT IS ORDERED:**

The Debtor is granted a discharge under 11 U.S.C. § 727.

BY THE COURT

Dated: <u>July 29, 2015</u>

<u>Brian D Lynch</u>
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

B18 (Official Form 18) (12/07)

## EXPLANATION OF BANKRUPTCY DISCHARGE
## IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
_____ DIVISION

In re Brenda M Johnson                    )
                                          )
,                                         )    Case No.  15-41795-BDL___
                                          )    Chapter  7
             Debtor[1].                    )
                                          )

---

Brenda M. Johnson                         )
                                          )         03-40644-BDL
                                          )
             Plaintiff(s),                )
                                          )
vs.
                                          )    Adversary No. 23-04031-bdl
Unemployment Security Administration             Complaint Contempt of Court

DBA Westside Estates North Pearl.              Injunction 11 U.S.C 564

Hearthstone housing foundation partnership ,    Noting Date: December 13, 2023

On-site, Pioneer Human Services, WSDOT. Washington.    Amendment 11 USC 524

Department of Transportation, Office of Administration OAH,    Add New Defendants  pg ii

Electronic Transaction Consultants Corporation ETC,

---

[1]

i

Catholic Community Services, Division of Child Support,

Terry Lee Rembert, Albertsons companies, Kenneth Johnson,

Rennette Johnson, Amazon ,
Tacoma Housing Authority, IRS Internal

Revenue Service, Equifax, Verizon wireless,
Walmart, Bankcorp , State of Washington,
Emerald Queen, Cyndi Robertson, United States ,
Jeffrey Fisher Emerald Queen Casino   , Traveler's

Paul Fernandez  .Anisha Fernando
Faatima Lawrence   .Nick Lieder , Melissa Moss ,
Nativity House

, Cindy Roberson  ,Amber Miller,Heather Mustapha ,
Karen Lee, Leah West, David G. Estudillo,
Benjamin H Settle, Robert J. Bryant, .
Tacoma Police ,Kris Bauer,Merrick B.  Gardland
United States ,Hazel Winner,
Pierce County administration Bryan Chuscoff ,
Clinton Johnson, et. al
Tacoma Rescue Mission administration
Sam Cooper, Michelle L. Peterson,                     )
Alison Powell, Brian Lynch, Temu , Dollar Tree    )
Angelique Burke , Samantha Cooper, Esera         )
Seuga. , HUD et, al  Defendant(s).                     )
                                                                       )

Complaint   adverse actions                    ii.                    Brenda M Johnson
23-04031-BDL

Case Study:

Barnett v. Stern, 909 F.2d 973, 981 (7th Cir. 1990) (quoting In re Wood, 825 F.2d 90, 97 (5th Cir. 1987)); see also In re GEX Ky., Inc., 85 B.R. 431, 433 (Bankr.N.D. Ohio 1987) (explaining "arising under" jurisdiction)

NLRB v. Catholic Bishop of Chicago in which certiorari had been granted during the preceding term. See 434 U.S. 1061, 98 S. Ct. 1231, 55 L. Ed. 2d 760 (1978).

HIPAA), 42 U.S.C. 1320d-6(a)(2),

Hamling v. United States, 418U.S. 87, 117 (1974). F

Bryan v. United States, 524 U.S. 184 (1998)

Dixon v. United States, 548 U.S.1, 5 (2006) ("

(1)Phillips v. Martin Marietta Corp., 400 U.S. 542, 91 S. Ct. 496, 27 L. Ed. 2d 613 (1971); Sprogis v. United Air Lines, Inc., supra. In Martin Marietta,

Jarrell v. United States Post Office, 753 F.2d 1088, 1091 (D.C.Cir.1985) (Postmaster General proper defendant in Title VII action); Hall v. Small Business Administration, 695 F.2d 175, 180 (5th Cir.1983) (Administrator of SBA proper defendant in Title VII action); Shirey v. Devine, 670 F.2d 1188, 1205 n. 48 (D.C.Cir.1982) (Administrator of NASA proper defendant in suit under the Act); Person v. United States Department of Agriculture, 593 F. Supp. 1054, 1059 (E.D.Wis.1984) (Secretary of USDA proper defendant in Title VII action); and Campbell v. United States Navy, 567 F. Supp. 356, 357-58 (D.Md.1983) (Secretary of Navy proper defendant in suit brought under the Act).

Roseman v. Retail Credit Co., Inc., 428 F. Supp. 643 (D.C.Pa.1977), to protect the reputation of the consumer, Ackerley v. Credit Bureau of Sheridan, Inc., 385 F. Supp. 658

In Koropoulos v. Credit Bur., Inc. 734 F.2d 37 (D.C.Cir.1984

Complaint Case Study                        iii.                        Brenda M Johnson

23-04031

## COMPLAINT

Plaintiff(s), Brenda M Johnson, files this Complaint(s) pursuant to an adversary

proceeding, filed under Bankruptcy Rule 7001 part VII Citing sections 547,[2] 550 , 554,

or 725 Rule 6002 and

1107[4] of the Bankruptcy Code of 1978 (the "Code") alleges the following in support of
the requested relief for violation of :

The Equal Employment Opportunity Act of 1972 is a United States federal law which
amended Title VII of the Civil Rights Act of 1964 to address employment discrimination against
African Americans and other minorities.

U.S.C. sections amended: 42 U.S.C. §§ 2000e–2000e-8; 5 U.S.C. § 5108

2. The Fair Credit Billing Act is a 1974 federal law enacted to protect consumers from unfair
credit billing practices.

Fair Credit Billing Act (FCBA):

The Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681

… prohibits creditors from taking actions that adversely affect the consumer's credit standing
until an investigation is completed, and affords other protection …

3. The 1968 act expanded on previous acts and prohibited discrimination concerning the sale,
rental, and financing of housing based on race, religion, national origin, sex, (and as amended)
handicap and family status. Title VIII of the Act is also known as the Fair Housing Act (of 1968).
42 U.S. Code § 3604 – Discrimination in the sale or rental of housing and other prohibited
practices

## JURISDICTION

1.    This is an adversary proceeding in which the Plaintiff(s) is/are seeking
Recovery of money/property with damages .

Complaint   adverse actions                    |.                    Brenda M Johnson

23-04031-BDL

2.    This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.

3.    This is a core proceeding pursuant to 28 U.S.C. § 157 recover fraudulent conveyances ch 6.

4.    Plaintiff has standing to bring this action pursuant to RCW 43.340.100

5.    Bankruptcy—Contractual obligation to contain section.

6.    Venue is proper pursuant to 28 U.S.C. § 1409(a) and Local Rule 1071-1 of the United

       States Bankruptcy Court for the Western District of Washington .

## BACKGROUND FACTS

The automatic stay acts as a temporary injunction against all creditors to prevent them from taking action against a debtor or the property of the debtor's estate the agency had broken the law named Terry Lee Rembert by starting actions which denied Ms. Brenda M Johnson her right to recovery of money/ property case(s) 03-40644- Bdl     The Defendants had broken the law by going outside the confirmed plan of discharge which is binding ,negligence and non compliance of laws .11 USC 1327.

the order granted for discharge. Dkt 27 of case   03-40644bdl and October 22, 1999 done in Pierce County Superior Court.

Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq which Defendants violated a prior order of discharge with retaliation A tangible employment action constitutes a significant change in employment status, such as hiring, firing, failure to promote, reassignment with significantly different responsibility, or a decision causing a significant change in benefits. A tangible employment action is an element of a Title VII action, which may hold an employer liable, or vicariously liable for the actions of a supervisor  under 11 USC 524 (a)A discharge in a case under this title—

Complaint  adverse actions                2 of 19              Brenda M Johnson
23-04031-BDL

Plaintiff(s), Brenda M Johnson, files this Complaint(s) pursuant to an adversary proceeding, filed under Bankruptcy Rule 7001 part VII Citing sections 547,2 550 , 554, or 725 Rule 6002 and

11074 of the Bankruptcy Code of 1978 (the "Code") alleges the following in support of the requested relief for violation of :

The Equal Employment Opportunity Act of 1972 is a United States federal law which amended Title VII of the Civil Rights Act of 1964 to address employment discrimination against African Americans and other minorities.

U.S.C. sections amended: 42 U.S.C. §§ 2000e–2000e-8; 5 U.S.C. § 5108

2. The Fair Credit Billing Act is a 1974 federal law enacted to protect consumers from unfair credit billing practices.

Fair Credit Billing Act (FCBA):

The Fair Credit Reporting Act (FCRA), 15 U.S.C. § 1681

... prohibits creditors from taking actions that adversely affect the consumer's credit standing until an investigation is completed, and affords other protection ...

3. The 1968 act expanded on previous acts and prohibited discrimination concerning the sale, rental, and financing of housing based on race, religion, national origin, sex, (and as amended) handicap and family status. Title VIII of the Act is also known as the Fair Housing Act (of 1968).

42 U.S. Code § 3604 – Discrimination in the sale or rental of housing and other prohibited practices


JURISDICTION

1. This is an adversary proceeding in which the Plaintiff(s) is/are seeking

Recovery of money/property with damages .


Complaint   adverse actions                    3 of 19.                Brenda M Johnson


23-04031-BDL

2.      This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334.

3.      This is a core proceeding pursuant to 28 U.S.C. § 157 recover fraudulent conveyances ch 6.

4.      Plaintiff has standing to bring this action pursuant to RCW 43.340.100

5.      Bankruptcy—Contractual obligation to contain section.

6.      Venue is proper pursuant to 28 U.S.C. § 1409(a) and Local Rule 1071-1 of the United States Bankruptcy Court for the Western District of Washington .


## BACKGROUND FACTS

The automatic stay acts as a temporary injunction against all creditors to prevent them from taking action against a debtor or the property of the debtor's estate the agency had broken the law named Terry Lee Rembert by starting actions which denied Ms. Brenda M Johnson her right to recovery of money/ property case(s) 03-40644- Bdl     The Defendants had broken the law by going outside the confirmed plan of discharge which is binding ,negligence and non compliance of laws .11 USC 1327.

the order granted for discharge. Dkt 27 of case   03-40644bdl and October 22, 1999 done in Pierce County Superior Court.

Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq which Defendants violated a prior order of discharge with retaliation A tangible employment action constitutes a significant change in employment status, such as hiring, firing, failure to promote, reassignment with significantly different responsibility, or a decision causing a significant change in benefits. A tangible employment action is an element of a Title VII action, which may hold an employer liable, or vicariously liable for the actions of a supervisor under 11 USC 524 (a)A discharge in a case under this title—

Complaint   adverse actions          5 of 17 .         Brenda M Johnson

23-04031-BDL

(1)voids any judgment at any time obtained, to the extent that such judgment is a determination of the personal liability of the debtor with respect to any debt discharged under section 727, 944, 1141, 1192, 1228, or 1328 of this title, whether or not discharge of such debt is waived;

(2)operates as an injunction against the commencement or continuation of an action, the employment of process, or an act, to collect, recover or offset any such debt as a personal liability of the debtor, whether or not discharge of such debt is waived; and.

Division of Child Support was named in case :    the entity broke fair credit reporting by it's adverse actions against Brenda M Johnson which effected a breech in Contractual agreement in pay , housing and injuries with the other parties named Defendants in the following Contempt Summons and Complaint

On September 23, 2014 a Complaint was made against defendants Electronic Transaction Consultants Corporation Plaintiff Brenda M Johnson title was Customer Service Representative but worked in Judiciary department legally a Clerk of the Court but was treated differently from other court officials at Washington Department of Transportation as disclosed in case 15:41795-bdl at the 341 meeting.

On September 24, 2014 A complaint was made against defendants WSDOT. Along with Electronic Transaction Consultants Corporation with right to sue from EEOC October 2, 2014 filed in Pierce County Superior Court due to failure to pay for work performed along with illegal garnishment which caused damages to credit and housing .

On September 23, 2014  Brenda M Johnson called Plaintiff started actions against 14-2-12645-   PLA BRENDA M JOHNSON VS. DEPARTMENT OF CHILD SUPPORT

On March 15, 2022 Brenda M Johnson started employment with Albertsons companies who took Union Dues out of her check with an obligation to a certain wage for performance as a Meat Wrapper. The Company started Adverse actions against Brenda M Johnson known as Plaintiff by paying different wages from Men of similar. They also took methods of retaliation by taking child support payments out of her check after being advised to cease because it was illegal. The respondents continues and placed more responsibility upon Brenda M

Complaint   adverse actions                    5 of 19                    Brenda M Johnson

23-04031-BDL

Johnson in which she got hurt on the job of know fault of her own. The Union Representative failure to perform his duty after reporting the infractions including HIPPA violations of not hiding personal identifiers from other employees with Paul Fernandez. The company failed to pay wages and promise benefits. We were paid weekly.

Amazon –on June 9, 2016 a complaint was made about the unfair practices discrimination and withholding Child Support from wages without Notice on her last check causing injuries which occurred on the property. Wages were lowered below minimum wage back pay, front pay are owed for the citation was timely filed for a person under protective activity .

Equifax – Plaintiffs, Brenda M Johnson, seek damages under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., claiming negligence and willful non-compliance, for injuries resulting from errors in a credit report issued by Equifax.. On August 7, 2023 the company gave incorrect information to Onside and Westside Estates about a debt in my name from division of Child Support in an amount of over $8,000.00 lower my credit score and damages occurred . The credit agency is aware of 2003 bankruptcy Chapter 7 and 2015 .

Westside Estates took money from Brenda M Johnson without providing a service and failed to refund the money taken to hold the apartment . The transaction is from Equifax reporting. $150.00 , $36.00 $36.00

Onsite – is the third parties which was given the bankruptcy Chapter7 information to confirm the information Brenda M Johnson stated about incorrect information being reported and my divorce degree with child support and maintenance. All parties were informed.

Complaint   adverse actions                    6 of 19.                    Brenda M Johnson

23-04031-BDL

Unemployment – unwilling to pay benefits stating workers Compensation in which I have never received. Breech of Contractual agreement between parties for supplement and wrongful garnishment supporting documents bankruptcy Charpter7 information and child support order provided as evidence in my complaint 05/27/2023 approximately start date , also incident reported in 2014 .

Emerald Queen Casino – Brenda M Johnson was in Emerald Queen Casino van being transported to a different location and in the parking lot we were hit by a car from one of it customers. The respondent kicked Brenda M Johnson off the property after the incident causing additional damages to her head trauma in 2019 which suffered from a stroke approximately on or before from statement of Tacoma General and followed up with St. Claire hospital.

Traveler's insurance for Emerald Queen contact Brenda M Johnson and paid for the hospital Bill but left out compensation while mentioning a incident about my ex husband Child Support.

Walmart – merchandise not delivered "50" T.V. and money not returned $162.80 to bank account. Second incident report Computer broken known operational with big whole in it. Cell phone purchase option known operational for Verizon wireless all from payroll card from Bankcorp.

Bankcorp- Payroll card Complaint Submitted to the CFPB on 12/3/2022 Incidents took place against funds in my debit card in violation of efta 15 usc 1693 et. Seq sec 205.7 (b)(8) $107 12/02/2022 Walmart.com Bentonville, AR 11/26/2022 11:29 AM -162.80 AR Bentonville Walmart.com Bentonville, AR POS Pre Authorization 11/29/2022 09:41 AM -89.28
CO BUCKMASOM.COM BUCKMASOM BUCKMASOM.COM, CO POS Purchase (Domestic) Fees: $0.00 The entity failed to provide other options to access money. Brenda Johnson provided a fax regarding disputes after talking to representatives. The Bancorp Bank Joeelyn 7:13 am went through ivr and gave identify information refused to access account 7:00am Jeff hung up yesterday. Survey skipped. Person hung up. Re: Transaction-11/29/2022 05:01 AM -89.28 CO +19167490368 BUCKMASOM +19167490368, CO POS Pre Authorization 4:00am Yesterday

 on 11/29/2022 Spoke to a woman named Ruddy requested manager about a invalid transaction in which she started it was a hold on funds and transaction were not complete . Johnson called

Complaint  adverse actions                    7of19 .                    Brenda M Johnson

 23-04031-BDL

to not having the merchandise . Why have this not been credited back on my account? A manager named Quinton called me from 913-791-8055 stating a tracing number would be issued to me and a new card would be issued after calling Loud a representative stated no such request was made and I would not have another card until the 9th of December 2022. Old card # 4798410021335780

Verizon – over charged /gauging for services when paid in advance $40.00 a month for known operational services caused damages with reporting to credit agency false information after reporting the business unfair practices to  CFPB on   Verizon 12/21/2022

Kenneth Johnson Complaint 05/24/2023 without charges, illegal actions of tenant laws without court actions withheld property and locked out a tenant called Brenda M Johnson by commiting fraud and breaking freedom of religion and violated Ms Brenda M Johnson second amendment was sued . Kenneth Johnson was also an employee of Pioneer Human Services when legal action of wrong doing had started in 2019.

Rennette Johnson Complaint 05/24/2023 without charges, illegal actions of tenant laws without court actions withheld property and locked out a tenant called Brenda M Johnson by commiting fraud and breaking freedom of religion and violated Ms Brenda M Johnson second amendment was sued .

State of Washington had failed to perform it's duty and violated a contractual agreement between parties of the Federal Government to protect it's citizen and employees from harm and obstruction of justice and retaliation occurred causing Plaintiff Brenda M Johnson trauma and vexation. The State of Washington had knowledge crimes took place but failed to bring justice to the victim called Ms. Brenda M Johnson under 6 USC 1142 : 6 USC 1131 the letter from U.S. Department of Labor on August 22, 2014 was a witness statement saying Brenda M Johnson is an employee under the definition of law. A complaint 2018 was filed against Robert Ferguson for the bias and prejudice of not representing a whistle blower in a Court of law from attacks resulting in damages.

Complaint   adverse actions                     8 of 19                          Brenda M Johnson

23-04031-BDL

an alert due to the information on the Statement Johnson called the number and the person on the email said it was fraudulent. After Rudy Rudy refused to investigate it, Johnson requested a

supervisor/ manager in which no one called back and around 6:55am Johnson tried to access her money and the card was blocked without access to her funds. Damages occurred due to adverse reaction of bank regulations. 6500 – Consumer Financial Protection Bureau Supplement I to Part 1005—Official Interpretations Section 1005.2 Definitions 2(a) Access Device 1. Examples. The term "access device" includes debit cards, personal identification numbers (PINs), telephone transfer and telephone bill payment codes, and other means that may be used by a consumer to

initiate an electronic fund transfer (EFT) to or from a consumer account. The term does not include magnetic tape or other devices used internally by a financial institution to initiate electronic transfers 11/30/2022 Error Resolution 1. What is an error for purposes of EFTA and Regulation E? Hide An error under EFTA and Regulation E includes any of the following: An unauthorized EFT. An incorrect EFT to or from the consumer's account. The omission from a periodic statement of an EFT to or from the consumer's account that should have been included.

A computational or bookkeeping error made by the financial institution relating to an EFT. The consumer's receipt of an incorrect amount of money from an electronic terminal. An EFT not

identified in accordance with the requirements of 12 CFR 1005.9 or 1005.10(a). A consumer's request for any documentation required by 12 CFR 1005.9 or 1005.10(a) or for additional information or clarification concerning an EFT (12 CFR 1005.11(a)(1)). The term "error" does not include: A routine inquiry about the consumer's account balance; A request for information for tax or other recordkeeping purposes; or A request for duplicate copies of documentation. Comment 11(a)-6. How long does a bank have to correct an EFT error? If the financial institution determines an error occurred, within either the 10-day or 45-day period, it must correct the error (subject to the liability provisions of §§ 1005.6(a) and (b)) including, where applicable, the crediting of interest and the refunding of any fees imposed by the institution. Johnson reported it before the damages occurred and the Bank is responsible from stopping the payment from going through the account. Also 11/26/2022 11:29 AM -162.80 AR Bentonville Walmart.com Bentonville, AR POS Pre Authorization Walmart stated they cancelled the order : 11/26/2022 11:29 AM -162.80 AR Bentonville Walmart.com Bentonville, AR POS Pre Authorization Due

Complaint   adverse actions                9 of 19                Brenda M Johnson

23-04031-BDL

The State of Washington could not bring criminal action against Brenda M Johnson due to lack of

evidence but out of retaliation keep taking the funds from Brenda M Johnson denying the effects of 1999 order 2003 order , and 2015 Order causing damages by non-compliance of the law denied property rights and unlawful took funds from a domestic violence victim which created trauma and vexation by their torment behavior. Denied pay , back pay, and front pay with benefits as a employee of the State of Washington .

Division of Child Support known performance of duty and disobeying an order 03-40644bdl and breaching 10/22/1999 child support and maintenance with assets refused to collect and performed illegal garnishment from Ms Brenda M Johnson

Pioneer Human Services Complaint Injunction and HUD on 12/2019 retaliation occurred from reporting violations of safety and health HIPPA violations and taking actions of assault on Brenda M Johnson.  Brenda M Johnson was pulled in Court on false presence called fraudulent to attend court with Philip Thornton my ex-husbands attorney to willfully cause harm but he rescued himself. The employees stole documents carrying medical records treatment and medication which includes property never returned nor was Brenda M Johnson refunded for payment of rent for falsifying a police report without the signature of the supposed to be victim Heather Mustapha . Brenda M Johnson did not go to jail nor charges brought against her.

Catholic Community Services -- Complaint 2016 retaliation occurred on housing violations for HIPPA violations for exposure to identifiers of health information there was a clinic inside the building . Pierce County officers and Tacoma police department entered the facility and evicted people without a court hearing. The respondents gave out a false report stating I had weed while the employee Jessica was carrying it . I had a bag of possession which should have been suspect

and called the police department. The police arrived I requested forensic . The officers stated weed

Complaint   adverse actions                    *10/4/19*                    Brenda M Johnson

23-04031-BDL

is legal.. 2017 I fell inside the building without medical treatment nor a report  2023 A employee placed his hand on me . The employee took personal belongings in which some items were from my employer Electronic Transaction Consultants Corporation and WSDOT in which Fatimma stated had sent the things to Seattle WA and never returned the property  Plaintiff Brenda M Johnson had also donated volunteer time and was treated differently from other employees .

Internal Revenue Service Refunds given to Ex-husband Terry Lee Rembert violation of 1999 divorce agreement October 22, Bankruptcy Chrapter 7 discharge 2003, and 2015

Tacoma Housing Authority violation never fixed for dangerous housing violations for safety and health and failure to perform duty to enforce corrections retaliation occurred after complaint against Brenda M Johnson without disclosure cancelled housing voucher project base section 8.

Office of Administration Hearing were given notice of employee status from the letter given unto it's employee from the U.S. Department of Labor stating Brenda M. Johnson was still an employee under the definition of law on case : 08-2017-pa-08389 AIJ Lim, Kevin Macias witness Ms. William former neighbor on October 17, 2017. This breached a contractual agreement between parties aba 1.7 conflict of interest and aba 2.7, aba 2.11 By Brenda M Johnson working in the Judiciary administration department as a employee. The respondents were aware of Plaintiff duties and failure to perform duty and Pay wages and benefits. The employees went outside the practice of law and continued which was bias and prejudice misrepresentation due to not having all parties involved in these Proceedings.

Complaint on September 6, 2022 OSHA Albertsons Companies willfully cause injuries by providing identifiers of employees information on the wall and work station breaking the HIPPA privacy laws. They were aware of the issue from citations of the pharmacy within the store. Brenda M Johnson had reported these violations with in a meeting between the manger and Union representative. Johnson was later hit by another employee and the agency failed to count it as a workers Compensation claim and retailed by cutting hours, denial of rights to contractual agreement pay, and placing more duties upon Brenda M Johnson which was not apart of the work description or Union Contact  Plaintiff filed a complaint with OSHA, EEOC , NLRB, and filed suit in the United States District Court of Western Washington . Plaintiff Brenda M Johnson was discriminated being a black woman over fifty years of age.

Complaint  adverse actions                    11 of 19.                    Brenda M Johnson

23-04031-BDL

On May 05, 2023 a chapter 13 was converted to a Chapter 7 case 03-40644- Bdl by her attorney in which Brenda M Johnson was involved in an accident and had no ideal Terry Lee Rembert had started actions against Brenda M Johnson which was prohibited by law causing damages

from the following Defendants due to a stay was in place. The divorce agreement was also violated from 10/22/1999.

The certificate of Service stated Harry Rembert was served on certificate of service by BNC instead of Terry Lee Rembert at 616 S 46th st apt 2, Tacoma Washington 98418. 03-40644- Bdl dkt 27

Dkt 18

18

Filed & Entered: 04/29/2003

Terminated:    08/14/2003

Docket Text Notice of Appearance

Dkt 19

Filed & Entered: 04/29/2003

Terminated:    08/14/2003

Docket Text Motion to Convert Case from Chapter 13 to 7


The respondents are aware of the allegations of Discrimination against Brenda M Johnson being a black , woman, over 55 years of age with personal injuries obtained from defendants . They conspired by retaliating when she reported complaints on the parties. They caused harm by non-compliance of laws and willful negligence actions followed by disregard for the law to protect it's citizen caused adverse effects in the following charges were made and filed without consequences :


1.    Health care violation of breaking of HIPAA laws

2.    Back pay , front pay, benefits withholding illegally withheld -- breaking equal pay act

3.    Defendant refusal to pay victim compensation for contributing to injuries

4.    Deprived property

5.    Injuries obtained theft of property

6.    Different treatment for reporting adverse actions defined a short and plain statement of the claim showing that the pleader is entitled to relief;

7.    Denial of rights for due process

Complaint  adverse actions            12 of 19.            Brenda M Johnson

 23-04031-BDL

8. Denial of rights for a trial among peers

9. Denial of 1 st amendment right under frcp 8 a for petition and freedom of religion

10. Second Amendment right to carry a weapon

11. Human rights violations

12. Fraudulent transaction

13. Estoppel

A legal principle that prevents someone from arguing something or asserting a right that

contradicts what they previously said or agreed to by law.

14. Defendants aided and abetted

Accessory after the fact means that you helped someone who has committed a crime to avoid arrest after the crime itself. Aiding and abetting refers to actual participation in the crime at hand.

15. Defendants Obstructed , covered up ,delayed and destroyed evidence.

16. Health and Safety violations

17. Willfully assistant in assaulting a person under protective activity clause

18. Denial of credit

19. Denial of fair credit reporting by refusing Accurate Reporting.

20. Brenda Johnson was treated differently from Pay difference between men, service time with benefits and transfer of employment after 90 days without disclosure is a violation of equal pay act 1963

21. Failure to report a crime

22. Adverse actions for Housing,

23. Adverse actions Jobs

24. Failure to perform duty when fraud was present

25. The respondents has obstructed justice by tampering with evidence, destroying, delay of trial

And covering up the citations of wrong doing to a victim such as Complaints filed previous for EPA 1963 , housing complaint, equal credit reporting violation, and unlawful evict

26. Breaching contractual agreement showing discrimination of a person of color being a woman

27. Impartial treatment showing favoritism over another outsider the practice of law.

Complaint   adverse actions                        13 of 19                        Brenda M Johnson

23-04031-BDL

The right to a jury trial in bankruptcy involves two separate inquiries – the existence of such a right, and the ability of a bankruptcy court to conduct a jury trial." Scotland Guard Servs. V. Autoridad de Energia Electrica (In re Scotland Guard Servs., Inc.), 179 B.R. 764, 767 (Bankr. D.P.R. 1993). While the 1994 amendment clarifies the statutory authority of bankruptcy courts to conduct jury trials, it does not necessarily resolve constitutional concerns. See In re Clay, 35 F.3d

190 (5th Cir. 1994) (suggesting that absent consent of the parties, bankruptcy court's conduct of jury trial would result in Art. III violation).

b. Parties are entitled to a jury trial for personal injury or wrongful death claims, which 28 U.S.C. § 157(b)(5) requires be tried in the district court. 28 U.S.C. § 1411. Section 1411 also permits issues arising under § 303 (involuntary filing) to be tried without a jury.

c. Non-Consenting Third Party. Although the Seventh Amendment does not prohibit Congress from assigning resolution of a dispute to a non-Article III tribunal that does not use a jury so long as claim asserts a "public right" (either matter arising between Government and others or seemingly "private" right that is closely intertwined with a Federal regulatory program), non-consenting (i.e., those who have not filed a proof of claim) parties may not be divested of their

right to a jury in actions involving "private" rights (here fraudulent conveyance action). While restructuring of debtor-creditor relations in bankruptcy "may" be a "public right," action that seeks to augment the estate and does not involve creditors' claims to a pro rata distribution of the estate, involves a "private" right. Granfinanciera, S.A. v. Nordberg, 492 U.S. 33 (1989). But see RTC v. Pasquariello (In re Pasquariello), 16 F.3d 525 (3d Cir. 1994) (not clear that Congress was precluded from assigning fraudulent conveyance claim to a non-Article III adjudicative body that does not use jury); Consol. Indus. Corp. v. Welbilt Holding Corp., 254 B.R. 237 (N.D. Ill. 2000) (defendant can waive right to jury trial by failing to make timely motion for withdrawal of the reference);.

In overturning the district court's decision, the Fifth Circuit found that the plain language of 42 U.S.C. § 405(h) did not bar bankruptcy courts from relying on their general bankruptcy jurisdictional grant under 28 U.S.C. § 1334

The former judge in bankruptcy court made an order which was confirmed by a Pierce County Superior Court ruling 10/22/1999 . The Judge has over turned those ruling making him incompetent. The respondents didn't dispute the original order (s) . The dkt 27 error was filed in

Complaint   adverse actions                 14 of 19                 Brenda M Johnson

23-04031-BDL

U.S. District Court of Western Washington dkt 57 page 43 but refused to reopen the case under FRCP 60 (a) making actions a willful action to cause harm by not enforcing a Injunction for relief on the defendants. 3- cv-19-05316-bhs

Breach of contract the difference of pay from men from Brenda M Johnson and health HIPPA law regulations was told to the Union Representative Kris Bauer and Store Manager Paul Fernandez before injury occurred causing bodily injury to Ms. Johnson.

Transferring, laying off, terminating, assigning employees more difficult work tasks, or otherwise punishing employees because they engaged in union or protected concerted activity.

Adverse actions by the employers by actions prime facie of evidence shown the long effects of continuing abusive actions towards Ms Johnson such as:

Electronic Transaction Consultants Corporation, Amazon Shimmirick Albertsons companies all have taken adverse actions against Brenda M Johnson in which was reported.

An employer cannot take an adverse action against employees — including firing or laying off, demoting, denying overtime or promotion, or reducing pay or hours — for engaging in activities protected by whistleblower laws.

Albertsons Pay differential $16 vs $24.60  hired March 15, 2022 as a Meat wrapper Injunction relief filed along with prejudgment.

11© of the Occupational Safety and Health (OSH) Act. This section prohibits employer discrimination when employees report suspected improper or illegal government activities in the workplace. Black mold/ or asbestos in the work place.

Picture of note 10/11/2022 12:45pm office Kris union rep given to NBLR.

Reporting inaccurate information on my credit which was in the bankruptcy Charpter7 case shown to the Defendants and filed as evidence supporting document certificate of service with the wrong person name on it with a court error and wants to charge me for there error which has had long time damages.

These orders were not appealed but denied to enforce which is a willful intention to do harm.

Complaint  adverse actions          15 of 19          Brenda M Johnson

23-04031-BDL

03-40644-BDL Brenda Johnson

Case type: bk Chapter: 7 Asset: No Vol: v Judge: Brian D Lynch

Date filed: 01/21/2003 Date of last filing: 11/08/2023 Date discharged: 08/05/2003

Date terminated: 08/14/2003 Dkt. 27 Harry Rembert s/b Terry Lee Rembert ( 48432822) the administration failure to fix it's error is called abstain under 28 USC 1334 which assisted in damages to Brenda M Johnson

The Plaintiff, Brenda M Johnson is seeking relief for damages over $5,000,000.00 for Contempt of Court in an adverse actions Proceedings

03-40644-BDL Brenda Johnson

Case type: bk Chapter: 7 Asset: No Vol: v Judge: Brian D Lynch

Date filed: 01/21/2003 Date of last filing: 11/08/2023 Date discharged: 08/05/2003

Date terminated: 08/14/2003

Grounds for Relief:

These Proceedings were bias and prejudice misrepresentation actions LCR 1 when the Defendants did not answer the pleadings and requested a motion to shorten LCR 6(b) is abolish dkt 95 apart of hearing.

Evading extension of time due to the Defendants arrival past the Summons and Complaint time. These adverse actions are all linked to the original damages of personal injury from known payments of debt.

Motions presented Entry of Default judgement, Motion of Contempt of Adversary Actions, Motion Reopen, motion to grant IFP, Motion reply to Defendants motion to dismiss, Statement of Adversary Actions

Dkt 94 History of case dkt 95 recording of hearing

Dkt 1-dkt95 evidence supporting documents

Complaint   adverse actions          16 of 19          Brenda M Johnson

23-04031-BDL

Plaintiff, Brenda Johnson objected to judge's decision not to reopen case 03-40644-bdl due to error FRBP 60 (a) within certificate of service states the wrong first name Terry Lee Rembert as Harry Rembert when a automatic Stay was enforced the father started a lawsuit against Brenda M Johnson which at that time was a custodian parent with agreement of assets from a Decree Filed October 22, 1999. Rule 60(b) provides six bases for relief from a judgment. It also provides that motions for relief "shall be made within a reasonable time, and for reasons (1), (2), and (3) not more than one year after the judgment, order, or proceeding was entered or taken." Terry Lee Rembert did not object the order of discharge breaking the mutual divorce agreement and Bankruptcy Court laws affecting a substantial right.

Frbp 51

(2) Plain Error. A court may consider a plain error in the instructions that has not been preserved as required by Rule 51(d)(1) if the error affects substantial rights.

COUNT I

Plaintiff re-alleges and incorporates herein the allegations contained in dkt _1_ through dkt_94__, Dkt 95 recording of hearing held 11/08/2023.

23-04031-BDL

Ms Johnson stated numours times to authorities, employer's and Division of Child support they were following the wrong order. Plaintiff Brenda M Johnson filed a copy in proceeding requesting an Injunction to cease actions against Brenda M Johnson before

Complaint   adverse actions                    19ᵈ19.                    Brenda M Johnson

  23-04031-BDL

additional damages. Dkt 27 in US Bankruptcy Court, and U.S District Court of Western Washington. The respondents retaliation against her continued for years of taking property of monetary gain.

[Since 1987, several courts of appeals have held that bankruptcy judges have the power to issue civil contempt orders. See, e.g., Matter of Terrebonne Fuel and Lube, Inc., 108 F.3d 609 (5th Cir. 1997); In re Rainbow Magazine, Inc., 77 F.3d 278 (9th Cir. 1996).

The Supreme Court has repeatedly held that federal courts possess inherent authority to punish contempt—i.e., disobedience of a court order or obstruction of justice—and to impose other sanctions on parties or attorneys who engage in misconduct. See United States v. United Mine Workers, 330 U.S. 258, 299 (1947).

ArtIII.S1.4.3 Inherent Powers Over Contempt and Sanctions

The amendment incorporates the view expressed in Perlman v. 322 West Seventy-Second Street Co., Inc. (C.C.A.2d, 1942) 127 F.(2d) 716; 3 Moore's Federal Practice (1938) 3276, and further permits correction after docketing, with leave of the appellate court. Some courts have thought that upon the taking of an appeal the district court lost its power to act. See Schram v. Safety Investment Co. (E.D.Mich. 1942) 45 F.Supp. 636; also Miller v. United States (C.C.A.7th, 1940) 114 F.(2d) 267.

In a civil action, each injured plaintiff may be awarded: Compensation for economic damages suffered by each injured plaintiff; and

Compensation for any noneconomic damages suffered by each injured plaintiff not to exceed seven hundred fifty thousand dollars ($750,000) for all injuries and occurrences that were or could have been asserted, regardless of whether the action is based on a single act or omission or a series of acts or omissions that allegedly caused the injuries or death.

Dkt 96 order does not show facts or findings to grant it's order and is objected .

The plaintiff requested that the Judge Rescue himself due to Error FRBP 60 (a) case number    03-40644-Bdl     Harry Rembert not Terry Lee Rembert is on the court certificate of service.

Complaint   adverse actions          *18 of 19*          Brenda M Johnson

23-04031-BDL

The order have denied a substantial right by the extraction of moneys taken from Brenda M Johnson and the conflict by joining the defendants provides supporting evidence of a breach of contractual agreement between parties in the executive administration. A proceeding is core under section 157 if it invokes a substantive right provided by title 11 or if it is a proceeding that, by its nature, could arise only in the context of a bankruptcy case."

The rules of the court stated by LC" 6 (b) shortening of time is abolished . The parties had not responded to the Summons and Complaint definition within a timely manner with in 21 days from the Summons and Complaint if not answered a entry of Judgement against parties can be entered. The order has denied a substantial right of petition of the court.

Barnett v. Stern, 909 F.2d 973, 981 (7th Cir. 1990) (quoting In re Wood, 825 F.2d 90, 97 (5th Cir. 1987)); see also In re GEX Ky., Inc., 85 B.R. 431, 433 (Bankr.N.D. Ohio 1987) (explaining "arising under" jurisdiction)

WHEREFORE, the Plaintiff(s), Brend M. Johnson respectfully request(s) that the Court Rule 7001 relief requested with code provision(s)547 , 1107, 554(b), 725 and for such other and further relief the Court deems appropriate over $5000,00.

The pleader Brenda M Johnson does not consent to entry of final orders or judgment by the bankruptcy court to dkt 96 . United States Bankruptcy Court of Western Washington case 23-04031-bdl and to not reopen case 03-40644- Bdl stated by the Judge on dkt 95

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on 11/11/2023. Amendment 11/172023

(Signature)

RESPECTFULLY SUBMITTED,

/s/ Brenda M dJohnson

Pro-se Name Brenda M Johnson

Address 425 South Tacoma Way

Tacoma, Washington 98405

Telephone Number 253-650-0498

Complaint adverse actions

23-04031-BDL

19 of 19          Brenda M Johnson

Appeal Status/Deficiency (apedef.jsp)(05/2012)

## UNITED STATES BANKRUPTCY COURT
### Western District of Washington

| | |
|---|---|
| In Re: | USDC Number: |
| Brenda Marie Johnson | BAP Number: 23–1190 |
| | Bankruptcy Case Number: 15–41795–BDL |
| Debtor. | Internal Appeal Number: 23–T002 |
| | Adversary Case Number: 23–04031–BDL |

Brenda M Johnson

        Plaintiff,

v.

Unemployment Security Administration, DNA Westside Estates North Pearl, Hearthstone Housing Foundation Partnership, On–Site, Pioneer Human Services, WSDOT, Electronic Transaction Consultants Corporation ETC, Catholic Community Services, Division of Child Support, Terry Lee Rembert, Albertsons Companies, Kenneth Johnson, Rennette Johnson, Amazon, Washington Department of Transportation, Office of Administration OAH, Tacoma Housing Authority, IRS Internal Revenue Service, Equifax, Verizon Wireless, Walmart, Bankcorp, State of Washington, Emerald Queen, Cyndi Robertson, United States, Jeffrey Fisher, Emerald Queen Casino, Traveler's, Paul Fernandez, Anisha Fernando, Faatima Lawrence, Nick Lieder, Melissa Moss, Nativity House, Cindy Roberson, Amber Miller, Heather Mustapha, Karen Lee, Leah West, David G Estudillo, Benjamin H Settle, Robert J Bryant, Tacoma Police, Kris Bauer, Merrick B Gardland, Hazel Winner, Pierce County Administration, Bryan Chuscoff, Clinton Johnson

        Defendant(s).

---

### NOTICE OF APPEAL STATUS/NOTICE OF DEFICIENCY

**TO: BAP**

Appeal documents due date: **January 2, 2024**.

The US Bankruptcy Court for the Western District of Washington is unable to certify that the record is complete for the purposes of appeal for the reasons listed below:

- ☒ Filing Fee not paid.
- ☐ Appellant Designation of Record not filed.
- ☐ Appellant Statement of Issues not filed.
- ☐ Requested Transcript not filed:
  **Reporter Name:**
  **Transcript Due Date:**
  **Judge:**
  **Transcript date(s):**
  **New deadline granted to Reporter :**
- ☒ Other: **Waiver of Appeal Fee Hearing Pending**

**Deputy Clerk Processing this Appeal:**
Name and Phone: **Michelle Tannozini**
US Bankruptcy Court
Western District of Washington
District No: 0981, Office No: **3**

DATED: <u>December 20, 2023</u>

Gina Zadra Walton
Clerk, U.S. Bankruptcy Court