UNITED STATES BANKRUPTCY APPELLATE PANEL

OF THE NINTH CIRCUIT

| | |
|---|---|
| In re<br><br>BRENDA M. JOHNSON,<br><br>                  Debtor. | BAP Nos.<br>WW-23-1190;<br>WW-23-1195;<br>WW-23-1199<br><br>Bankr. No.  3:15-bk-41795-BDL<br>Adv. No. 3:23-ap-04031-BDL<br><br>Chapter 7<br><br>PUYALLUP TRIBAL GAMING ENTERPRISES, INC. D/B/A EMERALD QUEEN CASINO & HOTEL'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF |
| BRENDA M. JOHNSON,<br><br>                  Appellant,<br><br>    v.<br><br>ALBERTSONS COMPANIES, INC.; AMAZON.COM SERVICES, LLC; EQUIFAX INFORMATION SERVICES, LLC; PUYALLUP TRIBAL GAMING ENTRPRISES, INC., dba Emerald Queen Casino & Hotel; THE TRAVELERS INDEMNITY COMPANY; STATE OF WASHINGTON,<br><br>                  Appellees. | |

PUYALLUP TRIBAL GAMING ENTERPRISES, INC. D/B/A EMERALD QUEEN CASINO & HOTEL'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF - 1

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON  98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700

FG: 102455018.1

1.  **Relief Requested**. Puyallup Tribal Gaming Enterprises, Inc., d/b/a Emerald Queen Casino & Hotel ("Emerald Queen") moves pursuant to BAP R. 8018(a)-1(a) to continue the date for filing its appellate brief from March 11, 2024 until April 10, 2024.

2.  **Basis for Motion**. Appellant Brenda Johnson filed three separate Notices of Appeal from decisions of the United States Bankruptcy Court for the Western District of Washington. In each appeal, the B.A.P. designated February 15, 2024 as the date by which Appellant must file the transcripts from one or both of the bankruptcy court hearings that were conducted on November 8, 2023 and December 18, 2023. (WW-23-1190, WW-23-1195, WW-23-1199 at Dkt. Nos. 9). Appellant has failed to file any transcript, which a a ground for dismissal of the appeal.

In each appeal, the B.A.P.'s briefing schedule designated March 11, 2024 as the date for Appellees to file their responsive briefs. (WW-23-1190, WW-23-1195, WW-23-1199 at Dkt. Nos. 10). Emerald Queen requests additional time to file its opening brief because of the undersigned attorney's preparation for, and participation in a recent week-long trial ending March 1, 2024, as well as demands associated with other cases. Appellant opposes any extension of time for filing opening briefs (Declaration of Yunker, Dkt. No. 12). Represented appellees consent to the extension of time for filing opening briefs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PUYALLUP TRIBAL GAMING ENTERPRISES, INC. D/B/A EMERALD QUEEN CASINO & HOTEL'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF - 2

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 102455018.1

**3. Conclusion**. For the above reasons, Emerald Queen requests until April 10, 2024 to file its responsive brief.

DATED this 6th day of March, 2024.

                                         **FOSTER GARVEY P.C.**

                                        */s/ Tara J. Schleicher*
                                        Tara J. Schleicher, WSBA #26884

                                        1111 Third Avenue
                                        Seattle, WA 98101
                                        Phone: (206) 447-4400
                                        Email:  tara.schleicher@foster.com
                                        *Counsel to Puyallup Tribal Gaming Enterprises, Inc. d/b/a Emerald Queen Casino & Hotel*

PUYALLUP TRIBAL GAMING ENTERPRISES, INC. D/B/A EMERALD QUEEN CASINO & HOTEL'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF - 3

FOSTER GARVEY PC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

FG: 102455018.1

# CERTIFICATE OF SERVICE

I hereby certify that on March 6, 2024, I electronically filed the foregoing PUYALLUP TRIBAL GAMING ENTERPRISES, INC. D/B/A EMERALD QUEEN CASINO & HOTEL'S MOTION FOR EXTENSION OF TIME TO FILE OPENING BRIEF with the Clerk of the Court for the Bankruptcy Appellate Panel for the Ninth Circuit using the CM/ECF system. All parties who are registered for electronic notice will receive electronic notice through the CM/ECF system. Additionally, a copy of the document was served upon the parties listed below via electronic mail.

| | |
|---|---|
| Brenda M. Johnson<br>425 S. Tacoma Way<br>Tacoma, WA 98402<br><br>Brenda M. Johnson<br>8118 44th Street West<br>University Place, WA 98402<br><br>brendajtacoma@aol.com<br>godisgreatbmj@gmail.com | Alan D. Smith<br>Perkins Coie, LLP<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101<br><br>ADSmith@perkinscoie.com |
| Ruby A. Nagamine<br>Brian T. Peterson<br>K&L Gates, LLP<br>925 4th Avenue, Suite 2900<br>Seattle, WA 98104<br><br>Ruby.Nagamine@klgates.com<br>Brian.Peterson@klgates.com | Jane Pearson<br>Polsinelli, PC<br>1000 Second Avenue, Suite 3500<br>Seattle, WA 98104<br><br>jane.pearson@polsinelli.com |

| | |
|---|---|
| Thomas B. Nedderman<br>Floyd, Pflueger & Ringer, P.S.<br>3101 Western Avenue, Suite 400<br>Seattle, WA 98121<br><br>tnedderman@floyd-ringer.com | Dina L. Yunker<br>Assistant Attorney General<br>Bankruptcy & Collections Unit<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br><br>Dina.Yunker@atg.wa.gov |

DATED this 6th day of March, 2024.

**FOSTER GARVEY P.C.**

*/s/ Tara J. Schleicher*
Tara J. Schleicher, WSBA #26884

CERTIFICATE OF SERVICE - 2

**FOSTER GARVEY PC**
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400   FAX (206) 447-9700