# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re<br><br>BRENDA M. JOHNSON,<br><br>    Debtor. | BAP Nos.<br>WW-23-1190;<br>WW-23-1195;<br>WW-23-1199<br><br>Bankr. No. 3:15-bk-41795-BDL<br>Adv. No. 3:23-ap-04031-BDL<br><br>Chapter 7 |
| BRENDA M. JOHNSON,<br><br>    Appellant,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC.; AMAZON.COM SERVICES LLC; EQUIFAX INFORMATION SERVICES, LLC; PUYALLUP TRIBAL GAMING ENTERPRISES, INC., DBA EMERALD QUEEN CASINO & HOTEL; THE TRAVELERS INDEMNITY COMPANY; STATE OF WASHINGTON,<br><br>    Appellees. | ALBERTSONS COMPANIES, INC.'S JOINDER TO MOTIONS FOR EXTENSION OF TIME TO FILE APPELLEE'S OPENING BRIEF |

Appellee ALBERTSONS COMPANIES, INC. ("Albertsons") joins the State of Washington's Motion for Extension of Time to File Appellee's Opening Brief[1] and

---

[1] WW-23-1190 Dkt. 12, WW-23-1195 Dkt. 11, WW-23-1199 Dkt. 12.

ALBERTSONS JOINDER TO MOTIONS FOR EXTENSION - 1
BAP NOS. WW-23-1190; WW-23-1195; WW-23-1199

067921.0075\165881338.1

**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  Puyallup Tribal Gaming Enterprises, Inc., d/b/a Emerald Queen Casino & Hotel's Motion
2  for Extension of Time to File Appellee's Opening Brief[2] (together, the "**Motions**"), and
3  respectfully requests that the deadline for Albertsons and all other Appellees to file their
4  responsive brief be continued to April 10, 2024. As set forth in the Motions, all Appellees
5  have been delayed in obtaining transcripts due to Appellant's failure to timely file them. In
6  addition, all Appellees are likely to have common arguments on appeal (namely, that
7  Appellant failed to state a claim against any Appellee in the Bankruptcy Court). Albertsons
8  submits that setting the same responsive brief deadline for all Appellees will facilitate
9  efficient and orderly proceedings, and allow coordination between the Appellees.

DATED this 7th day of March, 2024

**PERKINS COIE LLP**

By: /s/ Alan D. Smith
Alan D. Smith, WSBA No. 24964
ADSmith@perkinscoie.com
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

---

[2] WW-23-1190 Dkt. 13, WW-23-1195 Dkt. 12, WW-23-1199 Dkt. 13.

ALBERTSONS JOINDER TO MOTIONS FOR EXTENSION - 2
BAP NOS. WW-23-1190; WW-23-1195; WW-23-1199

067921.0075\165881338.1

PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

# CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2024, I electronically filed the foregoing document with the Clerk of Court for the Bankruptcy Appellate Panel for the Ninth Circuit by using the CM/ECF system. All parties who are registered for electronic notice will receive electronic notice through the CM/ECF system.

In addition, on March 7, 2024, a copy of the document was served upon the parties listed below.

| Party | Method of Service |
|---|---|
| Brenda M. Johnson<br>425 South Tacoma Way<br>Tacoma, WA 98406 | ☒ via first class U.S. Mail, postage prepaid |
| Brenda M. Johnson<br>8118 44th Street West<br>University Place, WA 98402 | |
| brendajtacoma@aol.com and<br>godisgreatbmj@gmail.com | ☒ via electronic mail to the address noted herein |

/s/ *Kimberly McClure*
Kimberly McClure

ALBERTSONS JOINDER TO MOTIONS FOR EXTENSION - 3
BAP NOS. WW-23-1190; WW-23-1195; WW-23-1199

067921.0075\165881338.1

**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000