# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re<br><br>BRENDA M. JOHNSON,<br><br>                          Debtor. | BAP Nos.<br>WW-23-1190;<br>WW-23-1195;<br>WW-23-1199<br><br>Bankr. No. 3:15-bk-41795-BDL<br>Adv. No. 3:23-ap-04031-BDL<br><br>Chapter 7 |
| BRENDA M. JOHNSON,<br><br>                          Appellant,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC.; AMAZON.COM SERVICES LLC; EQUIFAX INFORMATION SERVICES, LLC; PUYALLUP TRIBAL GAMING ENTRPRISES, INC., dba Emerald Queen Casino & Hotel; THE TRAVELERS INDEMNITY COMPANY; STATE OF WASHINGTON,<br><br>                          Appellees. | AMAZON.COM SERVICES LLC'S JOINDER TO MOTIONS FOR EXTENSION OF TIME TO FILE APPELLEE'S OPENING BRIEF |

Appellee Amazon.com Services LLC ("Amazon") joins the State of Washington's Motion for Extension of Time to File Appellee's Opening Brief,[1] and Puyallup Tribal Gaming Enterprises, Inc., d/b/a Emerald Queen Casino & Hotel's

---

[1] WW-23-1190 Dkt. 12, WW-23-1195 Dkt. 11, WW-23-1199 Dkt. 12.

AMAZON'S JOINDER TO MOTIONS FOR EXTENSION - 1
BAP Nos. WW-23-1190; WW-23-1195; WW-23-1199

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Motion for Extension of Time to File Appellee's Opening Brief[2] (together, the "**Motions**"), and respectfully requests that the deadline for Amazon and all other Appellees to file their responsive brief be continued to April 10, 2024. As set out in the Motions, all Appellees have been delayed in obtaining transcripts due to Appellant's failure to timely file them. In addition, all Appellees are likely to have common arguments on appeal (namely, that Appellant failed to state a claim against any Appellee in the lower court), and setting the same responsive brief deadline for all Appellees will facilitate efficient and orderly proceedings, and allow coordination between the Appellees.

DATED this 7th day of March, 2024.

K&L GATES LLP

By  *s/ Ruby A. Nagamine*
Brian T. Peterson, WSBA #42088
Ruby A. Nagamine, WSBA # 55620
925 Fourth Avenue, Suite 2900
Seattle, WA  98104
Phone: (206) 623-7580
Fax: (206) 623-7022
E-mail:  brian.peterson@klgates.com
             ruby.nagamine@klgates.com

*Attorneys for Amazon.com Services LLC*

---

[2] WW-23-1190 Dkt. 13, WW-23-1195 Dkt. 12, WW-23-1199 Dkt. 13.

AMAZON'S JOINDER TO MOTIONS FOR EXTENSION - 2
BAP Nos. WW-23-1190; WW-23-1195; WW-23-1199

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury under the laws of the United States and the State of Washington that on this March 7, 2024, I electronically filed the foregoing document with the Clerk of the Court for the Bankruptcy Appellate Panel for the Ninth Circuit by using the CM/ECF system. All parties who are registered for electronic notice will receive electronic notice through the CM/ECF system. In addition, on this March 7, 2024, I caused the foregoing document to be served on the following at the addresses listed as follows:

| | |
|---|---|
| Brenda M. Johnson<br>425 South Tacoma Way<br>Tacoma, WA 98406 | ☒ via first-class U.S. mail, postage prepaid<br>☒ via electronic mail to the address noted herein |
| Brenda M. Johnson<br>8118 44th Street West<br>University Place, WA 98402 | |
| brendajtacoma@aol.com and<br>godisgreatbmj@gmail.com | |
| Thomas B. Nedderman<br>Floyd, Pflueger & Ringer, P.S.<br>Suite 400<br>3101 Western Avenue<br>Seattle, WA 98121 | ☒ via first-class U.S. mail, postage prepaid |

SIGNED in Seattle, Washington on this March 7, 2024.

/s/ Chloe C. Morse
Chloe C. Morse, Practice Assistant

AMAZON'S JOINDER TO MOTIONS FOR EXTENSION - 3
BAP Nos. WW-23-1190; WW-23-1195; WW-23-1199

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022