# UNITED STATES BANKRUPTCY
# APPELLATE PANEL OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br><br>BRENDA M. JOHNSON,<br><br>           Debtor.<br>_____<br><br>BRENDA M. JOHNSON,<br><br>           Appellant,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC.;<br>AMAZON.COM SERVICES LLC;<br>EQUIFAX INFORMATION<br>SERVICES, LLC; STATE OF<br>WASHINGTON; PUYALLUP<br>TRIBAL GAMING ENTERPRISES,<br>INC., dba Emerald Queen Casino &<br>Hotel; THE TRAVELERS<br>INDEMNITY COMPANY, STATE<br>OF WASHINGTON,<br><br>           Appellees. | BAP Nos.  WW-23-1190<br>               WW-23-1195<br>               WW-23-1199<br><br><br>Bankr. No.  3:15-bk-41795-BDL<br>Adv. No. 3:23-ap-04031-BDL<br><br>Chapter 7<br><br><br>EQUIFAX INFORMATION<br>SERVICES, LLC'S JOINDER TO<br>MOTIONS FOR EXTENSION OF<br>TIME TO FILE APPELLEE'S<br>OPENING BRIEF |

94001574.1

Appellee Equifax Information Services, LLC[1] ("Equifax") joins the State of Washington's Motion for Extension of Time to File Appellee's Opening Brief[2], and Puyallup Tribal Gaming Enterprises, Inc., d/b/a/ Emerald Queen Casino & Hotel's Motion for Extension of Time to File Appellee's Opening Brief[3] (together, the "Motions"), and respectfully requests that the deadline for Equifax and all other Appellees to file their responsive brief be continued to April 10, 2024. As set forth in the Motions, all Appellees have been delayed in obtaining transcripts due to Appellant's failure to timely file them. In addition, all Appellees are likely to have common arguments on appeal (namely, that Appellant failed to state a claim against any Appellee in the lower court), and setting the same responsive brief deadline for all Appellees will facilitate efficient and orderly proceedings, and allow coordination among the Appellees.

DATED this 8th day of March 2024.

Polsinelli PC

/s/ Jane Pearson
Jane Pearson, WSBA #12785
1000 Second Avenue, Suite 3500
Seattle, WA 98104
(206) 393-5415
jane.pearson@polsinelli.com

Attorneys for Equifax Information
Services, LLC

---

[1] Plaintiff named "Equifax" as a defendant in the underlying adversary proceeding, but the proper corporate entity is Equifax Information Services, LLC

[2] WW-23-1190 Dkt 12; WW-23-1195 Dkt 11; WW-23-1199 Dkt 12

[3] WW-23-1190 Dkt 13; WW-23-1195 Dkt 12; WW-23-1199 Dkt 13

94001574.1

## CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States and the State of Washington that on this March 8, 2024, I electronically filed the foregoing document with the Clerk of the Court for the Bankruptcy Appellate Panel for the Ninth Circuit by using the CM/ECF system. All parties who are registered for electronic notice will receive electronic notice through the CM/ECF system. In addition, on this March 8, 2024, I caused the foregoing document to be served on the following at the addresses listed as follows:

| | |
|---|---|
| Brenda M. Johnson<br>425 South Tacoma Way<br>Tacoma, WA 98406<br><br>Brenda M. Johnson<br>8118 44th Street West University<br>Place, WA 98402<br>brendajtacoma@aol.com and<br>godisgreatbmj@gmail.com | ☒ via first-class U.S. mail, postage prepaid<br>☒ via electronic mail to the address noted herein |
| Thomas B. Nedderman<br>Floyd, Pflueger & Ringer, P.S.<br>Suite 400<br>3101 Western Avenue<br>Seattle, WA 98121 | ☒ via first-class U.S. mail, postage prepaid |

SIGNED in Seattle, Washington on this March 8, 2024

/s/      Jane Pearson

3

94001574.1