FILED

MAR 29 2024

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br><br>BRENDA M. JOHNSON,<br>                Debtor. | BAP Nos. WW-23-1190<br>               WW-23-1195<br>               WW-23-1199 |
| BRENDA M. JOHNSON,<br>                Appellant,<br><br>v.<br><br>ALBERTSONS COMPANIES, INC.;<br>AMAZON.COM SERVICES LLC;<br>EQUIFAX INFORMATION SERVICES,<br>LLC; STATE OF WASHINGTON;<br>PUYALLUP TRIBAL GAMING<br>ENTERPRISES, INC., dba Emerald Queen<br>Casino & Hotel; THE TRAVELERS<br>INDEMNITY COMPANY,<br>                Appellees. | Bk. No. 15-41795-BDL<br><br>Adv. No. 23-04031-BDL<br><br>**ORDER RE APPELLEES'**<br>**MOTIONS FOR**<br>**EXTENSION OF TIME** |

Before: Frederick P. Corbit, Bankruptcy Judge.

      On March 6, 2024, appellees State of Washington and Puyallup Tribal Gaming Enterprises, Inc. filed motions for extension of the appellees' briefing deadline. On March 7, 2024, appellee Albertsons Companies, Inc. filed a joinder requesting the same extension of time and appellee Amazon.com Services, LLC filed its own motion for the same extension of time. Appellee Equifax Information Services, LLC filed a joinder requesting the same extension of time on March 8, 2024.

      The motions for extension of time are ORDERED GRANTED.

Any appellee may file a responsive brief and supplemental excerpts of the record no later than **Wednesday, April 10, 2024**.