# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re<br><br>BRENDA M. JOHNSON,<br><br>                      Debtor. | BAP Nos.<br>WW-23-1190;<br>WW-23-1195;<br>WW-23-1199<br><br>Bankr. No. 3:15-bk-41795-BDL<br>Adv. No. 3:23-ap-04031-BDL<br><br>Chapter 7 |
| BRENDA M. JOHNSON,<br><br>                      Appellant,<br>       v.<br><br>ALBERTSONS COMPANIES, INC.; AMAZON.COM SERVICES LLC; EQUIFAX INFORMATION SERVICES, LLC; PUYALLUP TRIBAL GAMING ENTRPRISES, INC., dba Emerald Queen Casino & Hotel; THE TRAVELERS INDEMNITY COMPANY; STATE OF WASHINGTON,<br><br>                      Appellees. | AMAZON.COM SERVICES LLC'S JOINDER TO APPELLEES' BRIEFS |

AMAZON'S JOINDER TO APPELLEES' BRIEF - 1
BAP Nos. WW-23-1190; WW-23-1195; WW-23-1199

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

## **RULE 8012 STATEMENT**

Appellee Amazon.com Services LLC provides the following corporate disclosure statement pursuant to Federal Rules of Bankruptcy Procedure 8012(a). Amazon.com Services LLC is an indirect wholly-owned subsidiary of Amazon.com, Inc., a publicly-traded company. Amazon.com, Inc. has no parent company, and no other publicly-held company owns 10% or more of Amazon.com, Inc.'s stock.

AMAZON'S JOINDER TO APPELLEES' BRIEF - 2
BAP Nos. WW-23-1190; WW-23-1195; WW-23-1199

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# JOINDER

Pursuant to Fed. R. Bankr. P. 8014(e), Appellee Amazon.com Services LLC ("Amazon") joins and adopts the legal arguments set forth in the briefs submitted by the State of Washington, Albertsons Companies, Inc., and any other appellees (the "Appellees' Briefs"). Amazon respectfully requests that this Court affirm the Bankruptcy Court's (1) Order Granting Defendants' Motion to Dismiss with Prejudice; and (2) Bar Order Declaring Brenda Marie Johnson a Vexatious Litigant and Imposing Pre-Filing Restrictions.[1]

After the Bankruptcy Court granted the Defendants' first motion to dismiss with leave to amend, Ms. Johnson filed an amended complaint that remained largely incomprehensible and that failed to allege any plausible claim against any appellee. The sole specific factual allegation against Amazon was as follows:

> Amazon -on June 9, 2016 a complaint was made about the unfair practices discrimination and withholding Child Support from wages without Notice on her last check causing injuries which occurred on the property. Wages were lowered below minimum wage back pay, front pay are owed for the citation was timely filed for a person under protective activity.
> …
>
> Electronic Transaction Consultants Corporation, Amazon Shimmirick Albertsons companies all have taken adverse actions against Brenda M Johnson in which was reported.

SER 11:185, 11:194.

---

[1] These orders are attached to the State of Washington's Supplemental Excerpts of Record ("SER"), Dkt. 21 at SER 19 and SER 20.

AMAZON'S JOINDER TO APPELLEES' BRIEF - 3
BAP Nos. WW-23-1190; WW-23-1195; WW-23-1199

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

For the reasons set out in the Appellees' Briefs, the Bankruptcy Court correctly granted the appellees' motions to dismiss Ms. Johnson's amended complaint with prejudice. According to the most coherent and charitable reading of Ms. Johnson's allegations against Amazon, she alleges Amazon violated the discharge injunction by withholding child support payments from her wages. As set out in the State of Washington's brief, child support obligations are not subject to discharge in bankruptcy pursuant to 11 U.S.C. §§ 523(a)(5) and 727(b), and thus Ms. Johnson's allegations do not give rise to a cognizable claim.

The Court should also affirm the Bankruptcy Court's Bar Order for the reasons set out in the Appellees' Briefs. Ms. Johnson sued some fifty defendants in this adversary proceeding, and made near-daily filings of irrelevant miscellaneous documents. Her actions imposed an undue burden on the Bankruptcy Court and appellees, and were an abuse of the judicial system. The Bankruptcy Court gave Ms. Johnson an opportunity to oppose the Bar Order, detailed its reasoning in its Order to Show Cause and at the December 13 hearing, and narrowly tailored the Bar Order to prohibit only the filing of pleadings or new cases against the same defendants based on the same facts. *See* SER 12; SER 22. The Bankruptcy Court did not err.

AMAZON'S JOINDER TO APPELLEES' BRIEF - 4
BAP Nos. WW-23-1190; WW-23-1195; WW-23-1199

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

DATED this 10th day of April, 2024.

        K&L GATES LLP

        By: */s/ Ruby A. Nagamine*
        Brian T. Peterson, WSBA #42088
        Ruby A. Nagamine, WSBA #55620
        925 Fourth Avenue, Suite 2900
        Seattle, WA 98104
        Phone: (206) 623-7580
        Fax: (206) 623-7022
        E-mail: brian.peterson@klgates.com
                  ruby.nagamine@klgates.com

        *Attorneys for Amazon.com Services LLC*

AMAZON'S JOINDER TO APPELLEES' BRIEF - 5
BAP Nos. WW-23-1190; WW-23-1195; WW-23-1199

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**Certification Required by BAP Rule 8015(a)-1(a)**

BAP Nos. WW-23-1190, WW-23-1195, WW-23-1199, Brenda Marie Johnson

The undersigned certifies that the following parties have an interest in the outcome of this appeal. These representations are made to enable judges of the Panel to evaluate possible disqualification or recusal:

    Brenda Johnson
    Albertsons Companies, Inc.
    Amazon.com Services LLC
    Equifax Information Services, LLC
    Puyallup Tribal Gaming Enterprises, Inc.
    State of Washington

Dated: April 10, 2024

                                                   By:   */s/ Ruby A. Nagamine*
                                                    Ruby A. Nagamine, WSBA # 55620

AMAZON'S JOINDER TO APPELLEES' BRIEF - 6
BAP Nos. WW-23-1190; WW-23-1195; WW-23-1199

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# CERTIFICATE OF SERVICE

I hereby declare under penalty of perjury under the laws of the United States and the State of Washington that on this day, I electronically filed the foregoing document with the Clerk of the Court for the Bankruptcy Appellate Panel for the Ninth Circuit by using the CM/ECF system. All parties who are registered for electronic notice will receive electronic notice through the CM/ECF system. In addition, on this day, I caused the foregoing document to be served on the following at the addresses listed as follows:

Brenda M. Johnson
425 South Tacoma Way
Tacoma, WA 98406

☒ via first-class U.S. mail, postage prepaid
☒ via electronic mail to the address noted herein

Brenda M. Johnson
8118 44th Street West
University Place, WA 98402

brendajtacoma@aol.com and
godisgreatbmj@gmail.com

SIGNED in Seattle, Washington on this April 10, 2024.

*/s/ Chloe C. Morse*
Chloe C. Morse, Practice Assistant

AMAZON'S JOINDER TO APPELLEES' BRIEF - 7
BAP Nos. WW-23-1190; WW-23-1195; WW-23-1199

K&L GATES LLP
925 FOURTH AVENUE, SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022