

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 22. Notice of Change of Address

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 22**
Electronic filers must use PACER to update their information.
Use Form 22 only if you are **not** registered for Appellate Electronic Filing.

**9th Cir. Case Number(s):** ww-23-1190, ww23-1195, ww-23-1199

**Case Name:** Brenda M Johnson vs Unemployment et.al

**Full Name(s):** Brenda M Johnson

### NEW MAILING ADDRESS

**Address:** 8118 44 th St West.

**City:** University Place

**State/Province/Region:** WA      **Zip Code:** 98466

**Country (if not USA):**

**Prisoner Inmate or A Number (if applicable):** N/A

**Phone Number (if applicable):** 253-650-0498

**Signature:** /s/ Brenda M. Johnson      **Date:** 04/11/2024

*Mail this form on or before your brief's current due date to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 22                                                              Rev. 12/01/2018