# U.S. Bankruptcy Appellate Panel of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

**PLEASE COMPLETE THIS FORM IMMEDIATELY AND FILE IT WITH THE BAP. E-filers must electronically file this form.**

DATE: June 13, 2024

I acknowledge receipt of calendar notice for: BAP NOS: WW-23-1190-BSG, WW-23-1195-BSG., and WW-23-1199-BSG. (Related Appeals)

Debtor's Name: __Brenda M. Johnson__ assigned for hearing on

Date: __August 1, 2024__   Time: __9:00 am__   at the following

Location: __Nakamura Courthouse, Seattle__

Counsel or Party to Argue (list one):

Name: __Jane Pearson__   Phone: __(206) 393-5415__

E-Mail: __jane.pearson@polsinelli.com__

Address: __1000 Second Ave., Suite 3500, Seattle, WA 98104__

Party Represented: __Equifax Information Services, LLC__

Check one: ( ) appellant  or  (X) appellee

**Admission Status** (for attorneys only):

(X) I certify that I am admitted to practice before a District Court in the Ninth Circuit or the Court of Appeals for the Ninth Circuit.

( ) I am not so admitted, but certify that I am generally qualified to practice before the Bankruptcy Appellate Panel and that I will immediately move for permission to appear in this case.

Date: 6-13-24   Signature: _____