# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

**PLEASE COMPLETE THIS FORM IMMEDIATELY AND FILE IT
WITH THE BAP. E-filers must electronically file this form.**

DATE:___June 18, 2024_____
I acknowledge receipt of calendar notice for: BAP NOS: WW-23-1190-BSG, WW-23-1195-BSG., and WW-23-1199-BSG. (Related Appeals)

Debtor's Name: Brenda M. Johnson_____ assigned for hearing on

Date: August 1, 2024_____    Time: 9:00 a.m._____ at the following
            U.S. Court of Appeals, Wm. Nakamura U.S. Courthouse,
Location: 1010 Fifth Avenue, Seattle, WA - Courtroom II, 7th Floor_____
Counsel or Party to Argue (list one):

Name: Tara J. Schleicher_____   Phone:(206) 447-4700_____

E-Mail: tara.schleicher@foster.com_____

 Address: 1111 Third Avenue, Seattle, WA  98101_____
                Counsel for Appellee Puyallup Tribal Gaming Enterprises, Inc.,
Party Represented:  d/b/a Emerald Queen Casino & Hotel_____
Check one:  ( ) appellant   or  (x) appellee

**Admission Status** (for attorneys only):

 (x)  I certify that I am admitted to practice before a District Court in the Ninth Circuit
      or the Court of Appeals for the Ninth Circuit.
 ( )  I am not so admitted, but certify that I am generally qualified to practice before the Bankruptcy
      Appellate Panel and that I will immediately move for permission to appear in this case.

Date: June 18, 2024   Signature:  /s/ Tara J. Schleicher_____