# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

**PLEASE COMPLETE THIS FORM IMMEDIATELY AND FILE IT
WITH THE BAP. E-filers must electronically file this form.**

DATE: June 17, 2024
I acknowledge receipt of calendar notice for: BAP NOS: WW-23-1190-BSG, WW-23-1195-BSG., and WW-23-1199-BSG. (Related Appeals)

Debtor's Name: Brenda M. Johnson    assigned for hearing on

Date: August 1, 2024    Time: 9:00 a.m.    at the following

Location: Nakamura Courthouse, Seattle
Counsel or Party to Argue (list one):

Name: Ruby A. Nagamine    Phone: 206-370-7843

E-Mail: ruby.nagamine@klgates.com

Address: 925 Fourth Avenue, Suite 2900, Seattle, WA 98104

Party Represented: Amazon.com Services LLC
Check one: ( ) appellant  or  (x) appellee

**Admission Status** (for attorneys only):

(x) I certify that I am admitted to practice before a District Court in the Ninth Circuit or the Court of Appeals for the Ninth Circuit.
( ) I am not so admitted, but certify that I am generally qualified to practice before the Bankruptcy Appellate Panel and that I will immediately move for permission to appear in this case.

Date: 6/17/24    Signature: /s/ Ruby Nagamine